UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON  **JULY 10, 2025**
**MAGISTRATE JUDGE:** DAY  **DATE OF PROCEEDINGS**
**COURT REPORTER:** DIGITALLY RECORDED

**TITLE OF CASE:**  **DOCKET # 3:25-CV-02712 (MAS)(JBD)**
RIANNA MICHELE BARATTA,
V.
FREEHOLD HYUNDAI et al

**APPEARANCES:**
Rianna Michelle Baratta, *pro se* plaintiff
Eric Polishook, Esq. for defendant

**NATURE OF PROCEEDING:** STATUS CONFERENCE
Virtual status conference held.
Text Order to follow.

TIME COMMENCED:   2:06 p.m.
TIME ADJOURNED:   2:19 p.m.            s/ Christopher Yoos
TOTAL TIME: 13 MINUTES                      Deputy Clerk