## UNITED STATES DISTRICT COURT
### For The District Of New Jersey

Rianna Michele Baratta,
Plaintiff,

                      Case No.:3:25-cv-02712-MAS-JBD
                      Honorable Judge Michael A. Shipp

  v.

FREEHOLD AUTOMOTIVE LIMITED INC, et al.,
DEFENDANT.

**Verified Amended Complaint for Violations of Federal and State Consumer Protection Laws**

I, Rianna Michele Baratta, on this 14th day of April 2025, do hereby solemnly affirm, under the laws of the United States of America, that the statements, representations, and facts set forth herein, are true and correct to the best of my first hand knowledge, information, and belief.

This Verified Complaint is brought by Rianna Michele Baratta, in my capacity as a private living woman, on behalf of, RIANNA MICHELE BARATTA, against FREEHOLD AUTOMOTIVE LIMITED INC. ("FREEHOLD"), its Vice President, and specific employees in their official and individual capacities.

This action arises from Defendants' unlawful, deceptive, and

negligent acts surrounding a consumer automobile purchase transaction, including but not limited to violations of the Truth in Lending Act, Fair Credit Reporting Act, New Jersey Consumer Fraud Act, breach of contract, unauthorized credit inquiries, and abusive debt collection practices. Defendants' acts, omissions, and contractual provisions, caused Plaintiff substantial financial harm, reputational damage, emotional distress, and interference with property rights, warranting declaratory relief, rescission of contract, quiet title relief, compensatory, treble, and punitive damages. The Plaintiff reserves the right to assert additional claims and seek further remedies and relief as discovery progresses and additional evidence is uncovered.

## JURISDICTION AND VENUE

1. This is an action for money damages in excess of $75,000.

2. At all times material to this lawsuit, Plaintiff, Rianna Michele Baratta, is a private living woman, located at 200 Village Center Drive. Freehold. Nation New Jersey. Near. [07728-9998].

3. At all times material to this lawsuit, DEFENDANT, FREEHOLD
   AUTOMOTIVE LIMITED INC is a business entity engaged in the
   sale of automobiles and related financing services, located
   in Monmouth County, New Jersey.

4. At all times material to this lawsuit, DEFENDANT, GEORGE
   MACKEY is an individual, and Vice President of FREEHOLD
   AUTOMOTIVE LIMITED INC, responsible for participation in,
   and authorization of unlawful actions, located in Monmouth
   County, New Jersey.

5. At all times material to this lawsuit, DEFENDANT, KYLE
   DULOCK, is an individual, and a Sales Manager of FREEHOLD
   AUTOMOTIVE LIMITED INC, who participated in the unlawful
   actions, located in Monmouth County, New Jersey.

6. At all times material to this lawsuit, DEFENDANT, NICOLE
   HELICHER, is an individual, and Finance Manager of FREEHOLD
   AUTOMOTIVE LIMITED INC, who participated in the unlawful
   actions, located in Monmouth County, New Jersey.

7. All individuals named above are liable for damages in their official and individual capacity.

8. All acts necessary or precedent to the bringing of this lawsuit occurred or accrued in Monmouth County, New Jersey.

9. The Plaintiff does not demand a jury.

10. This Court has jurisdiction.

## Statement Of Facts

1. On November 25, 2024, the Plaintiff executed a credit application with the intent to establish a Consumer Credit Contract (CCC) under the Truth in Lending Act (TILA) for the purpose of purchasing an automobile from FREEHOLD AUTOMOTIVE LIMITED INC, for private, non-commercial, not-for-profit, personal household use and travel.

2. Plaintiff acted with good faith reliance on Defendants to conduct the transaction transparently, fairly, and in compliance with federal and state law, including TILA and

the Fair Credit Reporting Act (FCRA).

3. As part of the transaction, Plaintiff provided Defendant Kyle Dulock with SSA Form 89, Authorization for the Social Security Administration to verify Plaintiff's SSN, which imposes strict limitations on the use and disclosure of Plaintiff's private information.

4. SSA Form 89 states, "The Company and/or its Agent have entered into an agreement with SSA that, among other things, includes restriction on the further use and disclosure of SSA's verification of your SSN."

5. Despite this, Defendant KYLE DULOCK knowingly and without a permissible purpose, conducted multiple unauthorized credit inquiries exceeding the scope of consent as specified by the Plaintiff. Defendant reported credit approval with Hyundai Motor Finance and admits to additional unauthorized inquiries run with Santander and Capital One.

6. Plaintiff made an immediate request to KYLE DULOCK to provide Dealertrack Credit Reports, showing unauthorized

credit inquiries by Santander for $39,467.00, another by Capital One for $36,030.00, and finally the inquiry to Hyundai Motor Finance for $41,416.80. The reports were handed over and retained as evidence.

7. Subsequently, Defendant NICOLE HELICHER, presented to Plaintiff a contract titled "Retail Installment Sales Contract" (RISC), number 0047034, which simultaneously functions as a Consumer Credit Contract (CCC).

8. Pursuant to 16 C.F.R. § 433.2 Preservation of consumers' claims and defenses, unfair or deceptive acts or practices states, " In connection with any sale or lease of goods or services to consumers, in or affecting commerce as "commerce" is defined in the Federal Trade Commission Act, it is an unfair or deceptive act or practice within the meaning of section 5 of that Act for a seller, directly or indirectly, to:

9. "(a) Take or receive a consumer credit contract which fails to contain the following provision in at least ten point, bold face, type:"Holder Rule Notice," which states:

*"ANY HOLDER OF THIS **CONSUMER CREDIT CONTRACT** IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER." The proceeding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller or against the manufacturer of the vehicle or equipment obtained under this contract."*

10.  Consumer Credit Contract, titled as, "Retail Installment Sales Contract", number 0047034, includes the above referenced, "Holder Rule Notice" exactly as described above on its face.

11.  The dual labeling of the contract as both a "Retail Installment Sales Contract" and a "Consumer Credit Contract," causes confusion about the governing legal

framework and buyer's obligations.

12.  Material ambiguity as to the governing framework and
obligations of the parties renders a contract unenforceable
and void ab initio, as per *Pacifico v. Pacifico*, 190 N.J.
258, 266-67 (2007), and *Troy v. Rutgers*, 168 N.J. 354, 367
(2001). (*"Ambiguities in a contract are generally construed
against the drafter, and where material ambiguity
undermines mutual assent, no enforceable agreement exists"*)

13.  On November 25, 2024, the Consumer Credit Contract,
titled as the "Retail Installment Sales Contract" (RISC),
number 0047034, was specially indorsed.  The Plaintiff's
indorsement was as follows:

"Pay To: RIANNA MICHELE BARATTA," "Credit to HYUNDAI MOTOR
FINANCE," signed as Beneficiary, "WITHOUT RECOURSE."...
thereby lawfully transferring the obligation without
retaining personal liability pursuant to N.J.S.A. §
12A:3-415(b).

14. N.J. Stat. § 12A:3-415(b): If an indorsement states that it is made "without recourse" or otherwise disclaims liability of the indorser, the indorser is not liable under subsection a. of this section to pay the instrument.c. If notice of dishonor of an instrument is required by 12A:3-503 and notice of dishonor complying with that section is not given to an indorser, the liability of the indorser under subsection a. of this section is discharged.

15. The instrument, duly endorsed and compliant with New Jersey law, was neither returned nor accompanied by a notice of dishonor as required under N.J.S.A. § 12A:3-503, and is therefore discharged.

16. The Plaintiff, acting in good faith and without notice of any defects in the title, entered into a purchase agreement with the Defendants and provided full value in the form of a duly executed negotiable instrument. The Defendants accepted this consideration and released the vehicle to the Plaintiff, thereby acknowledging the Plaintiff's rights as a bona fide buyer.

17.  After the signing, acceptance, submission of the contract, and delivery of the vehicle, the Defendants, KYLE DULOCK and NICOLE HELICHER, informed the Plaintiff that she would need to return with the vehicle to sign a new contract if funding was not secured, holding the 2nd key as ransom to coerce compliance.

18.  The Defendants withheld the Plaintiff's vehicle key as leverage, in direct violation of their obligation which requires full and unencumbered delivery of goods at the time of sale, in accordance with N.J. Admin. Code § 13:45A-5.1.

19.  The Plaintiff has the right to full use and enjoyment of their property, including the vehicle key at time of sale, and Certificate of Title, upon satisfying the terms of the agreement.  The Defendants' actions deprived the Plaintiff of these rights, causing undue pressure to comply with improper demands.

20.  The Defendants engaged in an unconscionable and abusive commercial practice by withholding the vehicle key as

leverage, which constitutes a deceptive act under New Jersey's Consumer Fraud Act. This unlawful practice is explicitly prohibited.

21.  On November 29, 2024, Brad Weiss texted the Plaintiff to report "full funding" approval  and acceptance. Plaintiff was instructed to come pick up the 2nd key.

22.  By accepting the instrument and releasing the vehicle key, the Defendants clearly acknowledged its validity and confirmed that the obligation was fully satisfied. This conduct eliminates any claim of dishonor and establishes that the Plaintiff fulfilled all contractual and financial obligations under the agreement.  Additionally, full satisfaction voids all ancillary agreements contingent upon a balance owed.

23.  FREEHOLD AUTOMOTIVE LIMITED INC, had a statutory and contractual duty under N.J.S.A. § 39:10-10 to release the lien and deliver the Certificate of Title upon full satisfaction of the Plaintiff's obligations under the Consumer Credit Contract, titled as the "Retail Installment

Sales Contract" (RISC), number 0047034.

24.  The Defendants failed to deliver the Certificate of Title
and release the lien within the required timeframe, as
mandated by N.J. Admin. Code § 13:21-3.8, which requires
lienholders participating in the Electronic Lien and
Titling Program to electronically deliver evidence of
satisfaction within 15 days and ensure the issuance of a
paper Certificate of Ownership to the owner of record.

25.  The Defendants had a statutory and contractual duty to
provide accurate financial accounting and to report
truthful information to their agents,service providers,
affiliates, and consumer reporting agencies, as required
under 15 U.S.C. § 1639 (TILA) and 15 U.S.C. §
1681s-2(a)(1)(A) (FCRA). This duty included ensuring
transparency and accuracy in all financial disclosures and
correcting any errors upon notice.

26.  The Defendants failed to correct and report proper
accounting despite multiple written requests. Instead, they
knowingly provided inaccurate financial information to

their agents,service providers, affiliates, and consumer reporting agencies, ignoring all written notice, wrongfully permitting further performance demands by agents and service providers, Hyundai Motor Finance (HMF) and Hyundai Capital America (HCA), from the Plaintiff causing ongoing harassment, financial injury, and reputational harm.

27.  The Defendants failed to provide a true bill of accurate financial accounting upon the Plaintiff's request, including an itemized statement of all lawful consideration exchanged and securitization proceeds.  This obstructed the Plaintiff's ability to verify the legitimacy of the alleged debt and ensure the accuracy of their financial records.

28.  As a direct result of the Defendants' actions and contractual provisions, the Plaintiff's credit profile score decreased by 90 points in February 2025 and by an additional 130 points on March 17, 2025.  The Plaintiff suffered increased borrowing costs, loss of credit opportunities, and reputational harm.  A credit card application was declined by CHASE BANK on 04/03/2025 due to multiple hard inquiries and the only delinquency ever on

her report.  The Plaintiff's credit score is now 569 down from 750+, as of 07/14/2025.

29.  George Mackey, Vice President of FREEHOLD AUTOMOTIVE LIMITED INC, willfully and repeatedly ignored multiple justified written demands for adequate assurance of performance under the contract, as required by New Jersey Revised Statutes § 12A:2-609(4). Plaintiff, through a series of formal notices—including the Notice of Priority Interest, Hyundai Breach Notice, Revocation of Power of Attorney, Final Notice to Cure, and the The Affidavit Notice of Liability Regarding Trespass Fee Schedule and Remedy, public instrument number 20250020048—provided clear, lawful, and documented demands for assurance and opportunity to cure.

30.  Despite receipt of these notices, Mr. Mackey failed to provide the necessary assurances within the statutory period of thirty (30) days, as mandated by N.J. Stat. § 12A:2-609(4), which states: "After receipt of a justified demand, failure to provide within a reasonable time not exceeding thirty days, such assurance of due performance as

is adequate under the circumstances of the particular case is a repudiation of the contract.

31.   Accordingly, Defendants' willful disregard of these statutory and contractual obligations, and their failure to cure or even acknowledge the breaches after proper notice, further evidences bad faith and entitles Plaintiff to all remedies for repudiation and breach under New Jersey law.

32.   Under Federal Rule of Evidence 902, these affidavits and the referenced supporting documents and notices are self-authenticating and admissible as competent evidence in any judicial or administrative proceeding.

33.   The defendant's failure to rebut these documents within the specified timeframe constitute an admission of their validity and the claims asserted therein.

34.   The Defendants had a duty to comply with federal and state laws prohibiting harassing and abusive debt collection practices, including the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq., and

applicable New Jersey consumer protection laws.

35.   The following are key contract provisions of the Consumer Credit Contract, titled 'Retail Installment Sales Contract No. 0047034 (CCC/RISC),' which establish vicarious liability under the Fair Debt Collection Practices Act (FDCPA) by virtue of agency, consent, and control:

**Page 2, Paragraph 6 – Servicing and Collection Contacts:**
"You agree to allow our agents and service providers to contact you as agreed above."

This clause expressly authorizes servicing and collection by agents acting for Freehold, including HMF and HCA, reflecting mutual consent and structured delegation to contact the consumer using "all known addresses and phone numbers, including via autodialers, for servicing and collection"—reinforcing that HMF and HCA operates with Freehold's consent and consumer-facing authority.

36.  **Page 1 – Special Indorsement:**
"CREDIT TO HYUNDAI MOTOR FINANCE"...*This consumer*

*indorsement/notation, accepted by Freehold, evidences explicit designation and consent for HMF to act as payment and collection agent.*

37.  **Page 4 — *(Bottom) Assignment Clause (In between both Freehold Hyundai signatures)***

"Seller assigns its interest in this contract to HYUNDAI MOTOR FINANCE under the terms of Seller's Agreement with assignee."

*This assignment incorporates a servicing agreement, supporting that collection authority flowed through a contractually structured delegation, not an unqualified sale.*

38.  **Page 3, Section 3. A–G — Remedies and Enforcement: (If You Pay Late or Break Your…)**

These provisions further illustrate the dealership's anticipation of, and role in, structured enforcement:

**Section A:** "You will pay a late charge … If you pay late, we may also take the steps described in Section B."

**Section B:** "We may demand you pay all you owe on this contract at once."

**Section C:** "If we hire an attorney to collect what you owe, you may have to pay reasonable attorney's fees and court costs."

**Section D:** "We may take the vehicle from you … we may repossess."

**Section E:** "We will tell you how much to pay to redeem."

**Section F:** "We will sell the vehicle if you do not get it back."

*These terms demonstrate that Freehold did not simply assign a receivable—it established enforcement terms and remedies executed by its servicing agents including, late charges, acceleration, collection, attorney's fees, repossession,*

*redemption, and sale.*

39.   The contract is drafted such that consumers were not told they were dealing with an independent third party. It refers to "we," "our," and "us" in ways that merge dealer and servicer roles. No clear demarcation exists between Freehold, HMF, or HCA for dispute resolution.

40. The following is a contractual provision of Hyundai's **2024-C Sale & Servicing Agreement (SSA):**

**Article IV, Section 4.01 (Page 5):** *Administration and Servicing of Receivables– Servicer's Duties and Powers:*

"The Servicer ... shall manage, service, administer and make collections on the Receivables ... shall have full power and authority, acting alone, to do any and all things ... including to commence, in its own name or in the name of the Issuer, a legal proceeding to enforce a Receivable ... and to execute notices, demands, claims, complaints, responses ..."

*This authority is a direct result of Freehold's structured delegation through assignment and the servicing agreement. The Servicer's operational discretion is a product of the contractual framework established by Freehold, not independence from it.*

41.  The assignment was made "under the terms of Seller's Agreement with assignee," which, consistent with industry practice, preserves for Freehold certain rights, oversight, and benefit in the collection process. The Sale & Servicing Agreement formalizes the servicer's authority to manage and enforce receivables, all pursuant to Freehold's original delegation and structuring.

42.  Under Restatement (Third) of Agency §§ 2.03 and 7.03[1] :, a principal is liable for the tortious conduct of its agent if:

1. The principal authorized, directed, or benefited from the acts, or

2. The agent's acts were within the scope of the agency

relationship, as described by paragraphs 35-41 above.

43.  Courts assessing vicarious liability under the FDCPA consider the totality of the relationship, including origination, structuring, agent selection, express authorization, benefit, and operational realities. Here, Freehold's role as originator, its express contractual authorizations, and the structured delegation of collection authority to HMF and HCA satisfy the legal standard for agency, mutual consent, and sufficient control required for vicarious liability under the FDCPA.

44.  The cited contractual provisions and operational structure are more than sufficient to support a finding that Freehold is not a passive assignor, but an active principle in the collection process, and is therefore vicariously liable for the acts of its agents and service providers as a matter of law.

45.  Defendant's actions and contractual provisions, allow for repeated and harassing collection calls (in excess of 175+) to the Plaintiff's home and workplace, causing significant

emotional distress, humiliation, reputational harm, and disruption to the Plaintiff's daily work and private life. These actions distract the Plaintiff from clients, creating constant anxiety, and instilling a persistent fear of repossession and constant need to check on the car while trying to perform and focus at work. Such conduct constitutes a clear breach of the Defendants' statutory obligations and a violation of the Plaintiff's rights to be free from abusive and intrusive debt collection practices.

46.  Defendants' conduct—specifically their assignment or delegation to unknown parties for purposes of collection—materially increased the burden and risk imposed on Plaintiff and impaired her ability to receive return performance, namely clean title and contract compliance. This gave rise to reasonable grounds for insecurity under N.J.S.A. § 12A:2-210(5) and § 12A:2-609(1), which Plaintiff formally addressed in writing. No assurance was received within a reasonable time; or at all.

47.  Plaintiff affirms that the Consumer Credit Contract, titled as, Retail Installment Sale Contract No. 0047034,

includes the FTC Holder Rule notice, which allows consumers to assert claims and defenses against any holder of the contract such as HMF AND HCA.

48.    Plaintiff does not misapply the Holder Rule by asserting "reverse liability" against Freehold. Rather, Plaintiff alleges:

That Freehold is independently liable under a theory of agency, consent, and control based on facts showing Freehold authorized, directed, and consented to HMF/HCA's conduct.  These allegations satisfy the additional requirement under the FDCPA to prove a control-based relationship, beyond the Holder Rule's baseline protections.

49.  Additionally, the CFPB Consent Order against HCA (2022) demonstrates that Freehold delegated its servicing function to a known violator of federal consumer protection laws.  This supports Plaintiff's theory of negligent delegation and foreseeability of harm.

50.   FREEHOLD AUTOMOTIVE LIMITED INC'S Power of Attorney (POA) and Security Interest was revoked on January 17, 2025.   This revocation was documented under document reference number RF823024188US.0021 and public instrument # 20250560156.

51.  The Revocation of the Power of Attorney and Security Interest is directly tied to the UCC 1 Financing Statement filed on January 31, 2025. This revocation was further formalized when the Consumer Credit Contract, titled as "Retail Installment Sales Contract," numbered 0047034, and all related documents were claimed and assigned to trust under UCC 3, filed on February 7, 2025.

52.  The defendant, FREEHOLD AUTOMOTIVE LIMITED INC, its agents, service providers, and affiliates, failed to respond to the publicly recorded formal Revocation of the Power of Attorney and Security Interest, public instrument # 20250560156, despite receiving lawful notice. They continue to act as though the Power of Attorney and Security Interest are still in effect.

53.  Furthermore, the contract falsely claims a continuing security interest, stating: "This secures payment of all you owe on this contract," despite the Plaintiff's full satisfaction of the obligation, thereby obstructing the Plaintiff's ownership rights and preventing the lawful transfer or sale of the vehicle.

54. Defendants' wrongful acts and omissions, caused Plaintiff's financial harm, reputational injury, emotional distress, and deprivation of property rights. FREEHOLD AUTOMOTIVE LIMITED INC, allows HMF and HCA to pursue wrongful collection efforts based on Defendants' original misconduct and contractual provisions.

55. Plaintiff duly notified Defendants of all breaches; Defendants failed to cure, intensifying Plaintiff's damages.  Thus, Defendants are fully liable for all direct and consequential damages resulting from their acts, omissions, and contractual provisions.

56.  Plaintiff asserts that the underlying Consumer Credit Contract, titled as a Retail Installment Sales Contract

(RISC) No. 0047034, is either (i) void ab initio due to material ambiguity, unlawful structuring, and statutory violations under the Truth in Lending Act and New Jersey Consumer Fraud Act, and or (ii) fully satisfied by Plaintiff's delivery of a duly endorsed negotiable instrument containing a "without recourse" disclaimer of liability, along with Defendants' acceptance of full funding without dishonor and subsequent delivery of the vehicle.

57.  Defendants' contractual provisions and improper handling of the transaction directly enabled Hyundai Motor Finance and Hyundai Capital America to unlawfully assert continuing liability against Plaintiff. Under the Fair Debt Collection Practices Act (FDCPA), Defendants remain vicariously liable for the wrongful actions of their agents and service providers.

58.  Additionally, Defendants are directly liable for the damages caused by their own conduct and willful negligence, which directly resulted in foreseeable harm to Plaintiff. Whether the contract is deemed void and or satisfied,

Defendants, agents, service providers, and affiliates, lack any lawful basis to impose further obligations or cloud title. FREEHOLD AUTOMOTIVE LIMITED INC must immediately correct its wrongful actions, clear Plaintiff's title, and make Plaintiff whole.

59. "Equity regards as done that which ought to have been done."

**Count I: Violation Of The Fair Credit Reporting Act (FCRA)** (15 U.S.C. § 1681 et seq.)

60. Plaintiff incorporates all preceding paragraphs as if fully set forth herein.

**Defendants owed Plaintiff a legal duty to:**

a. Obtain only one consumer credit report for a permissible purpose in connection with executing a consumer credit transaction, as required under 15 U.S.C. § 1681b(f);

b. Safeguard Plaintiff's Personally Identifiable Information (PII) with transparency, good faith, and compliance with federal consumer protection laws;

c. Accurately report financial information to agents,service providers, affiliates, and consumer reporting agencies.

**Defendants violated these duties by:**

a. Obtaining multiple unauthorized consumer credit reports without permissible purpose, violating 15 U.S.C. §§ 1681n and 1681o;

b. Failing to safeguard Plaintiff's PII;

c. Providing inaccurate financial accounting and reporting false information to agents, service providers, affiliates, and consumer reporting agencies.

**As a direct result, Plaintiff suffered:**

a. A 130-point drop in credit score on March 17, 2025;

b. Denial of a Chase Bank credit card application on April 3, 2025;

c. Reputational harm, emotional distress, and increased borrowing costs.

**Count II: Violation Of The Truth In Lending Act (TILA)**

(15 U.S.C. § 1601 et seq.)

61. Plaintiff incorporates all preceding paragraphs as if fully set forth herein.

**Defendants owed Plaintiff a legal duty to:**

a. Provide clear, complete, and accurate disclosures regarding the Consumer Credit Contract under 15 U.S.C. § 1638;

b. Accurately report financial transactions to agents, service providers, affiliates, and consumer reporting agencies under 15 U.S.C. § 1641(e).

**Defendants violated these duties by:**

a. Structuring a materially ambiguous contract by simultaneously labeling it as both a RISC and a CCC, rendering it unenforceable under 15 U.S.C. § 1641(a);

b. Failing to provide accurate accounting and truthful reporting.

**As a direct result, Plaintiff suffered:**

 a. Legal and contractual unenforceability, depriving Plaintiff of statutory rights;

 b. Financial harm, damage to credit profile, emotional distress, confusion, and uncertainty;

 c. Obstruction of Plaintiff's ownership rights, impairing lawful transfer or sale of the vehicle.

**Count III: Violation Of New Jersey Consumer Protection Laws** (N.J.S.A. § 56:8-1 et seq.)

62. Plaintiff incorporates all preceding paragraphs as if fully set forth herein.

**Defendants owed Plaintiff a legal duty to:**

 a. Deliver the vehicle key at time of sale and the Certificate of Title promptly, as required under N.J.S.A. § 56:8-2.

**Defendants violated these duties by:**

a. Engaging in unconscionable commercial practices, including withholding the key and failing to deliver the Certificate of Title.

**As a direct result, Plaintiff suffered:**

a. Financial loss, emotional distress, deprivation of ownership rights, and loss of vehicle use.

### Count IV: Breach Of Contract

63. Plaintiff incorporates all preceding paragraphs as if fully set forth herein.

**Defendants owed Plaintiff a legal duty to:**

a. Deliver the vehicle key and Certificate of Title upon full satisfaction of the obligation;

b. Act in good faith and deal fairly under the terms of the agreement.

c. Ensure adequate assurance of performance.

**Defendants breached by:**

64.  a. Failing to deliver the Certificate of Title;

65.  b. Continuing to act under a revoked Power of Attorney;

66.  c. Withholding the vehicle key as leverage.

67. d. Failing to provide adequate assurance of performance, with willful disregard, after receipt of multiple justified demand letters.

**As a Direct result, Plaintiff suffered:**

68.  a. Continued financial loss, emotional distress, and deprivation of ownership rights.

## Count V: Harassing Collection Practices -Vicarious Liability FDCPA:

(Unreasonable And Unauthorized Delegation And Assignment Of Contractual Duties)

**Defendants owed Plaintiff a legal duty to:**

69.  Conduct the transaction lawfully, ensuring that all actions were taken to avoid foreseeable harm, including

wrongful debt collection practices.

70.  Comply with the Fair Debt Collection Practices Act
     (FDCPA), 15 U.S.C. § 1692 et seq., and relevant New Jersey
     consumer protection laws, which prohibit harassing,
     deceptive, or abusive debt collection practices.

71. Ensure accurate accounting, proper lien release, lawful
    assignment, and cessation of collection efforts upon
    receipt of full funding and or discharge and satisfaction
    of the obligation.

**Defendants breached these duties by:**

72. Structuring a materially ambiguous and defective contract;

73.  Failing to settle and close Plaintiff's account upon full
     funding and or discharge and satisfaction of the
     obligation, while allowing false reporting and collection
     efforts to persist.

74.  Neglecting to correct inaccurate financial reporting
     despite multiple formal notices requesting clarification
     and correction.

75.  Allowing HMF and HCA to wrongfully believe that Plaintiff
     remained liable for the obligation, leading to over 175+
     harassing collection calls to Plaintiff's home, workplace,
     and electronic communications.

     **As a direct result, Plaintiff suffered:**

76.  Ongoing harassment, humiliation, emotional distress, and
     disruption to professional activities caused by relentless
     and unlawful debt collection attempts.

77.  Financial harm, reputational injury, increased anxiety,
     and significant disruption to daily and professional life,
     all attributable to Defendants' misconduct and contractual
     provisions.

78.  All resulting damages are directly linked to Defendants'
     wrongful actions, contractual provisions, and their

continued failure to remedy the situation despite multiple lawful notices.


## Prayer For Relief Sought:

**Wherefore**, Plaintiff respectfully requests that this Court grant the following relief:

51.**Declaratory Relief:**

a. Declare that Defendants violated the Truth in Lending Act, Fair Credit Reporting Act, New Jersey Consumer Fraud Act; and breach of contract.

**b.** Recognize the agency relationship between Freehold and HMF/HCA;

c. Hold Freehold vicariously liable for any FDCPA violations committed by its contractually assigned agents;

d. Declare that the underlying contract is void ab initio due to statutory violations and fraudulent misclassification.

52. **Award Plaintiff compensatory damages for:**

i. Financial harm arising from unauthorized credit inquiries ($39,467.00 — Santander, $36,030.00 — Capital One) $41,460.00 — Hyundai Motor Finance.

ii. Credit damage, increased borrowing costs, loss of credit opportunities;

iii. Emotional distress and reputational harm.

53. **Treble Damages:**

a. Award Plaintiff treble damages under N.J.S.A. § 56:8-19 for Defendants' unconscionable commercial practices, including withholding the key, failing to deliver the Certificate of Title, and contract misclassification.

55. **Injunctive Relief:**

    a. Order Defendants to:

i. Deliver the Certificate of Title free of any lien within five (5) days;

ii. Release all security interests on the subject vehicle;

iii. Cease and desist from all unlawful and harassing collection practices;

iv. Correct all inaccurate financial reporting to agents, service providers, and consumer reporting agencies.

56. **Quiet Title Relief:**

a. Declare that Plaintiff is the sole rightful owner of the vehicle, free and clear of all liens and encumbrances wrongfully asserted by Defendants;

b. Award damages caused by the cloud on title.

57. **Punitive Damages:**

a. Award punitive damages to deter Defendants and others from engaging in willful and egregious misconduct.

58. **Counsel Fees and Costs:**

a. Award Plaintiff reasonable counsel fees and costs pursuant to N.J.S.A. § 56:8-19 and other applicable laws.

59. **Such Other and Further Relief:**

a. As the Court may deem just and equitable.

Respectfully submitted,

By: *Rianna Michele Baratta*

Rianna Michele Baratta

200 Village Center Drive

Freehold.New Jersey.

Near.[07728-9998].

732-860-1386(o)

347-681-0255(c).

rmbrlt12@gmail.com

**Exhibits:**

**Exhibit A:** Credit Application (Printed/not original handwritten)

**Exhibit B:** Consumer Credit Contract, titled as "Retail Installment Sales Contract," 0047034

**Exhibit C:** DealerTrack Reports

**Exhibit D:** YOU OWE WE OWE; Proof key was held

**Exhibit E:** Text message regarding full funding and key pick up

**Exhibit F:** Damage to Credit Profile (Credit Karma and Chase Credit Card Decline)


**Preservation of Evidence:**

 *Plaintiff reserves the right to produce and rely upon additional documents, exhibits, and evidence not specifically referenced herein, including but not limited to Exhibits 7 through 22, during discovery, dispositive motion practice, and trial.*

**Exhibit G:** 2024-C Sale & Servicing Agreement (SSA):Article IV, Section  4.01 (Page 5)

*https://contracts.justia.com/companies/hyundai-abs-funding-llc-2 525/contract/1299561/?utm_source=chatgpt.com*

**Exhibit H:** *SEC Form 8K*

*https://www.sec.gov/Archives/edgar/data/1260125/0001104659241092 46/tm2424889d13_8k.htm*

**Exhibit I:** CFPB Consent Order against HCA (2022)

*https://www.consumerfinance.gov/enforcement/actions/hyundai-capi tal-america/*

**Exhibit J:** *Restatement of the Law, Third, Agency Copyright (c) 2006, The American Law Institute*

*https://www.fiduciarylawblog.com/wp-content/uploads/2014/11/Rest atement-101.pdf*

**Exhibit K:** *Affidavit Notice of Liability Regarding Trespass Fee Schedule and Remedy*

**Exhibit L:** *Notice of Priority Interest, Demand for Release of Certificate of Title and Compliance with Full Satisfaction of Retail Installment Sale Contract #0047034*

**Exhibit M:** *Revocation of Power of Attorney and Revocation of Security Interest*

**Exhibit N:** *Notice of Liability and Demand for Redress (Hyundai Breach)*

**Exhibit O:** *Proof of Delivery and Receipt of Exhibit K, L, M, N*

**Exhibit P:** *Notice To Cure*

**Exhibit Q:** *Proof of Delivery and Receipt*

**Exhibit R:** *Affidavit of Revocation of Power of Attorney (Pima county, Recorded)*

**Exhibit S:** *Affidavit of Service, (Notice of Claim)*

**Exhibit T:** *Work Call Log*

Exhibit A
Redacted

Dealer Phone #: 732-625-1200
Dealer Fax #: 732-462-3719

## Dealer Name: FREEHOLD HYUNDAI

**PLEASE PRINT - INCOMPLETE APPLICATIONS WILL NOT BE PROCESSED.**

INSTRUCTIONS:
You may apply for credit in your name alone, whether or not you are married.
(1) Please indicate whether you are applying for ☒ Individual Credit ☐ Joint Credit ☐ Community Property State ☐ Business Application
(2) ☐ If you are applying for individual credit in your name and relying on your own income or assets and not the income or assets of another person as the basis of repayment of the credit requested, complete only Section A.
(3) ☐ If you are applying for joint credit with another person, complete sections A and B. We intend to apply for joint credit.

_____      _____
Applicant                                              Co-Applicant

* If you are married and live in a community property state, please complete Section A about yourself and Section B about your spouse. You must sign this application. Your spouse must sign this application only if s/he wishes to be a Co-Applicant.

### A. APPLICANT INFORMATION

| Last Name | First Name | Middle Initial | Social Security Number | Birth Date |
|---|---|---|---|---|
| B | R | M | | |

| Address | | City FREEHOLD | State NJ | Zip 07728 |
|---|---|---|---|---|

| Home Phone | Cell Phone | Residential Status ☐ Homeowner ☐ Rent ☒ Family ☐ Other | Time at Address 7 Yrs. ____ Mos. | Rent/Mtg. Pmt. $ 0.00 |
|---|---|---|---|---|

| E-Mail Address | Driver's License No. | Driver's License State | Time at Previous Address ____ Yrs. ____ Mos. |
|---|---|---|---|

| Previous Full Address (if less than 2 years) | City | State | Zip |
|---|---|---|---|

| Employer Name | Employment Type ☒ Employed ☐ Unemployed ☐ Self-employed ☐ Military ☐ Retired ☐ Student ☐ Other |
|---|---|

| Salary 8,000.00 | Salary Type ☐ Weekly ☐ Bi-Weekly ☒ Monthly ☐ Annually | Occupation | Length of Employment 4 Yrs. ____ Mos. | Work Phone Number * |
|---|---|---|---|---|

| Previous Employer Name | Previous Employment Type ☐ Employed ☐ Unemployed ☐ Self-employed ☐ Military ☐ Retired ☐ Student ☐ Other |
|---|---|

| Previous Occupation | Length of Employment ____ Yrs. ____ Mos. | Previous Work Phone Number |
|---|---|---|

Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered as a basis for repaying this obligation.

| Other Income (Monthly) | Source of Other Income | By signing, you certify that the income entered on this Credit Application is accurate. |
|---|---|---|

| Comments | | |
|---|---|---|

### AGREEMENT

The words "we," "us," "our" and "ours" as used below refer to us, the dealer, and to the financial institution(s) selected to receive your application. You understand and agree that you are applying for credit by providing the information to complete and submit this credit application. We may keep this application and any other application submitted to us and information about you whether or not the application is approved. You certify that the information on the application and in any other application submitted to us, is true and complete. You understand that false statements may subject you to criminal penalties. The words "you," "your" and "yours" mean each person submitting this application. You authorize us to submit this application and any other application submitted in connection with the proposed transaction to the financial institutions disclosed to you by us the dealers; in addition, in accordance with the Fair Credit Reporting Act, you authorize that such financial institutions may submit your applications to other financial institutions for the purpose of fulfilling your request to apply for credit. This application will be reviewed by the dealer and such financial institutions. You agree that we may obtain a consumer credit report periodically from one or more consumer reporting agencies (credit bureaus) in connection with the proposed transaction and any update, renewal, refinancing, modification or extension of that transaction. You also agree that we or any affiliate of ours may obtain one or more consumer credit reports on you at any time during the term of your financing.. If you ask, you will be told whether a credit report was requested, and if so, the name and address of any credit bureau from which we or our affiliate obtained your credit report. You agree that the dealer and the financial institutions may verify your employment, pay, assets and debts, and that anyone receiving a copy of this is authorized to provide such dealer and financial institutions with such information. You further authorize the dealer and the financial institutions to gather whatever credit and employment history each considers necessary and appropriate in evaluating this application and any other applications submitted in connection with the proposed transaction. You understand that we will rely on the information in this credit application in making our decision. The dealer and the financial institutions may monitor and record telephone calls regarding your account for quality assurance, compliance, training, or similar purposes.

You consent to receive autodialed, prerecorded and artificial voice calls and text messages for servicing and collection purposes from us at the telephone number(s) provided in this credit application, including any cell phone numbers. The consent applies to the dealer, who is the originating creditor in this transaction, as well as any assignee who may purchase your credit contract. You agree that this consent applies regardless of whether you agree to receive telemarketing/sales calls and text messages as provided below.

**You consent to receive autodialed, pre-recorded and artificial voice telemarketing and sales calls and text messages from us or on behalf of dealer (or any financing source to which dealer assigns my contract) at the following number(s)** (347)681-0255 **including any cell phone numbers. You understand that this consent is not a condition of purchase or credit.**

You opt in ☐          You do not opt in ☒

Signature of Applicant for election above _____

Your dealer will inform you of the name and address of the financing sources to which this application shall be sent.

**BY SIGNING BELOW, YOU CERTIFY THAT YOU HAVE READ AND AGREE TO THE TERMS AND DISCLOSURES ON ALL PAGES OF THIS APPLICATION.**

X _____      RBR    11-25-24
APPLICANT'S SIGNATURE                                   DATE

© 2023 Dealertrack, Inc. All rights reserved.                DT 6/23              Printed on 11/26/2024 18:44

PF B2302418BUS 0001

## RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE
### (WITH ARBITRATION PROVISION)

0047034

DEAL# 138082
CUST# 6810255

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| R█ M█ B█ FREEHOLD NJ 07728 MONMOUTH Cell: N/A Email: ███████.COM | N/A Cell: N/A Email: N/A | FREEHOLD HYUNDAI 4065 RT 9 NORTH FREEHOLD, NJ 07728 732-625-1200 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| NEW | 2025 | HYUNDAI Tucson | 3KMJCCDE2SE007171 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural ☐ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 0.00 is (e) means an estimate |
|---|---|---|---|---|
| 0.00 % | $ 0.00 | $ 41416.80 | $ 41416.80 | $ 41416.80 |

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 48 | $ 862.85 | Monthly beginning 01/09/2025 |
| N/A | $ N/A | N/A |
| N/A | | |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5 % of the part of the payment that is late. If the vehicle is primarily for personal, family, or household use and the cash price is $ 10,000 or less, the charge for each late payment will be $ 10 .

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Applicable Law**
Federal law and the law of the state of New Jersey apply to this contract.

☐ If this box is checked, the following late charge applies to vehicles purchased primarily for business or agricultural use. If a payment is not received in full within N/A days after it is due, you will pay a late charge of $ N/A or N/A % of the part of the payment that is late, whichever is less.

If this box is not checked, the late charge in the "Federal Truth-In-Lending Disclosures" still applies.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term ___48___ Mos.

Name of Gap Contract: ORIAS

I want to buy a gap contract. Pay To P█ M█ B█    Credit To: HYUNDAI MOTOR FINANCE

Buyer Signs X _By: B█ M█ B█_    Beneficiary Without Recourse

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.    Buyer Signs X ███████  Co-Buyer Signs X ███████  N/A

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

**See the rest of this contract for other important agreements.**

**NEGATIVE CREDIT REPORT NOTICE**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 4 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _B█ M█ B█_    Credit To: HYUNDAI MOTOR FINANCE  Beneficiary Without Recourse  Co-Buyer Signs X _____    N/A

Buyer Initials _RMB_  Co-Buyer Initials X __N/A__

103320*1*FHY-FI

11/25/2024  08:52 pm
LAW 553-NJ-ARB-eps-14 4/23 v1  Page 1 of 4



Exhibit B2
Redacted

1  Cash Price (including $ _____ 2485.32 _____ sales tax)                    $ 38514.65 (1)

2  Total Downpayment =
   Trade-In    N/A              N/A            N/A
            (Year)          (Make)         (Model)

   Gross Trade-In Allowance                              $ _____ N/A
   Less Pay Off Made By Seller to N/A                    $ _____ N/A
   Equals Net Trade In                                   $ _____ N/A
   + Cash                                                $ _____ N/A
   + Other  N/A                                          $ _____ N/A
   + Other  N/A                                          $ _____ N/A
   + Other  N/A                                          $ _____ N/A
   (If total downpayment is negative, enter "0" and see 4J below)   $ _____ N/A (2)

3  Unpaid Balance of Cash Price (1 minus 2)                          $ 38514.65 (3)

4  Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):

   A  Cost of Optional Credit Insurance Paid to Insurance Company or Companies
      Life                                        $ _____ N/A
      Disability                                  $ _____ N/A      $ _____ N/A
   B  Other Optional Insurance Paid to Insurance Company or Companies   $ _____ N/A
   C  Official Fees Paid to Government Agencies
      to  N/A                          for  N/A    $ _____ N/A
      to  N/A                          for  N/A    $ _____ N/A
      to  N/A                          for  N/A    $ _____ N/A
   D  Optional Gap Contract                                     $ 1000.00
   E  Supplemental Title Fee                                    $ _____ N/A
   F  Vehicle Tire Fee                                          $ _____ 7.50
   G  Government Taxes Not Included in Cash Price                $ _____ N/A
   H  Government License and/or Registration Fees
      N/A
      MOTOR VEHICLE FEE  401.50 / ON LINE REG   8.15   $ _____ 409.65
   I  Government Certificate of Title Fees                      $ _____ N/A
   J  Other Charges (Seller must identify who is paid and describe purpose)
      to  N/A                  for Prior Credit or Lease Balance   $ _____ N/A
      to  FREEHOLD HYUNDAI     for DOC FEE                         $ _____ 595.00
      to  N/A                  for  N/A                            $ _____ N/A
      to  N/A                  for  N/A                            $ _____ N/A
      to  FREEHOLD HYUNDAI     for GLOBAL TW                       $ _____ 890.00
      to  N/A                  for  N/A                            $ _____ N/A
      to  N/A                  for  N/A                            $ _____ N/A
      to  N/A                  for  N/A                            $ _____ N/A
      to  N/A                  for  N/A                            $ _____ N/A
      Total Other Charges and Amounts Paid to Others on Your Behalf   $ 2902.15 (4)

5  Amount Financed (3 + 4)                                       $ 41416.80 (5)

OPTION: ☐  You pay no finance charge if the Amount Financed, item 5, is paid in full on or before
        _____ N/A _____ , Year  N/A  ,  SELLER'S INITIALS  _____ N/A _____

Returned Payment Charge: You agree to pay a charge of $ _____ 20 _____ if any check you give us is dishonored.
If the Vehicle is primarily for personal, family, or household use and the cash price is greater than $10,000, or the Vehicle
is for business or agricultural use, you also agree to pay a charge of $20 if any electronic payment is returned unpaid.

---

You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit.
THIS DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE. WITHOUT SUCH INSURANCE, YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:
**Optional Credit Insurance**
☐ Credit Life:     ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability:  ☐ Buyer  ☐ Co-Buyer  ☐ Both
Premium:
  Credit Life $ _____ N/A
  Credit Disability $ _____ N/A
Insurance Company Name  N/A
N/A
Home Office Address _____ N/A
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the amount financed if you die. If you sign for and want credit life insurance you should understand what amount and what term of coverage are provided. The amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life or credit disability insurance provides. See the policies or certificates for coverage limits and other terms and conditions. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**
☐ N/A                                                  N/A
   Type of Insurance                                   Term
Premium $ _____ N/A
Insurance Company Name _____ N/A
N/A
Home Office Address _____ N/A
N/A

☐ N/A                                                  N/A
   Type of Insurance                                   Term
Premium $ _____ N/A
Insurance Company Name _____ N/A
N/A
Home Office Address _____ N/A
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.
I want the insurance checked above.

X  N/A                                    N/A
   Buyer Signature                        Date
X  N/A                                    N/A
   Co-Buyer Signature                     Date

---


Scanned with
CamScanner

OTHER IMPORTANT AGREEMENTS

1. **FINANCE CHARGE AND PAYMENTS**

   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.

   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

2. **YOUR OTHER PROMISES TO US**

   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

   c. **Security Interest.**
      You give us a security interest in:
      - The vehicle and all parts or goods put on it;
      - All money or goods (proceeds) for the vehicle;
      - All insurance, maintenance, service, or other contracts we finance for you; and
      - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

      This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

   d. **Insurance you must have on the vehicle.**
      You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. This insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest in the vehicle. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract or, at our option, the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
      - You do not pay any payment on time;
      - You give false, incomplete, or misleading information during credit application;

      - You start a proceeding in bankruptcy or one is started against you or your property; or
      - You break any agreements in this contract.

      The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

   c. **You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's reasonable fee and our court costs the law permits. If the vehicle is primarily for personal, family, or household use and the cash price is $10,000 or less, the maximum attorney's fee you will pay will be $100 plus 10% of the excess over $500 of the amount due when we hire the attorney.

   d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

   e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

   f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
      We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, you may charge you interest at a rate not exceeding the highest lawful rate until you pay.

   g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle as the law allows. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **WARRANTIES SELLER DISCLAIMS**
   Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
   This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

5. **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
   Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. **Servicing and Collection Contacts.**
   In consideration of our extension of credit to you, you agree to provide us your contact information for our servicing and collection purposes. You agree that we may use this information to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you. You agree to allow our agents and service providers to contact you as agreed above.
   You agree that you will, within a reasonable time, notify us of any change in your contact information.



## ARBITRATION PROVISION

### PLEASE REVIEW - IMPORTANT AFFECTS YOUR LEGAL RIGHTS

1. **EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN YOU AND US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.**

2. **IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.**

3. **DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.**

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, any allegation of waiver of rights under this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this Vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator only on an individual basis and not as a plaintiff in a collective or representative action, or a class representative or member of a class on any class claim. The arbitrator may not preside over a consolidated, representative, class, collective, injunctive, or private attorney general action. You expressly waive any right you may have to arbitrate a consolidated, representative, class, collective, injunctive, or private attorney general action. You or we may choose the American Arbitration Association (www.adr.org) or National Arbitration and Mediation (www.namadr.com) as the arbitration organization to conduct the arbitration. If you and we agree, you or we may choose a different arbitration organization. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this transaction was originated. We will pay the filing, administration, service, or case management fee and the arbitrator or hearing fee up to a maximum of $5,000, unless the law or the rules of the chosen arbitration organization require us to pay more. You and we will pay the filing, administration, service, or case management fee and the arbitrator or hearing fee over $5,000 in accordance with the rules and procedures of the chosen arbitration organization. The amount we may pay be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. §§ 1 et seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate any related or unrelated claims by filing any action in small claims court, or by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual or statutory public injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. You agree that you expressly waive any right you may have for a claim or dispute to be resolved on a class basis in court or in arbitration. If a court or arbitrator finds that this class arbitration waiver is unenforceable for any reason with respect to a claim or dispute in which class allegations have been made, the rest of this Arbitration Provision shall also be unenforceable.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

### NOTICE TO RETAIL BUYER

Do not sign this contract in blank.
You are entitled to a copy of the contract at the time you sign.
Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read all pages of this contract, including the arbitration provision above, before signing below. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____  _____ Date 11/25/2024    Co-Buyer Signs X   N/A    Date  N/A

Buyer Printed Name _Rianna Michele Baratta_    Co-Buyer Printed Name   N/A

If the "business" use box is checked in "Primary Use for Which Purchased": Print Name  N/A    Title  N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X ____ N/A ____    Address ___ N/A ___

Seller signs _FREEHOLD HYUNDAI_    Date 11/25/2024    By X _____    Title F+I Manager

Seller assigns its interest in this contract to  **HYUNDAI MOTOR FINANCE**    (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse    ☒ Assigned without recourse    ☐ Assigned with limited recourse

Seller  FREEHOLD HYUNDAI

By X _____    Title  F+I Manager





# Dealertrack
by Cox Automotive

## Santander Auto Finance



⇄ **Conditionally Approved**

Freehold Hyundai 106502

*163525502RNJ*

### Applicant(s)

| | |
|---|---|
| Applicant Name | R███ m███ B███ |
| Co-Applicant Name | – |
| App. Stated Income | $8,000.00 |

### Financing Information

| | |
|---|---|
| Product | retail |
| Sales Price | $36,030.00 |
| TTL | $2,842.00 |
| Misc | $595.00 |
| Sales + TTL + Misc | $39,467.00 |
| Cash Down | $1,000.00 |
| Net-Trade-In | $0.00 |
| MFR Rebate | $0.00 |
| Total Downpayment | $1,000.00 |
| Warranty | $0.00 |
| Gap Insurance | $0.00 |
| Credit Life | $0.00 |
| Disability | $0.00 |
| Backend Financing | $0.00 |
| Amount Financed | $38,467.00 |
| Buy Rate | 8.83 % |
| Max Participation% | 2.5 % |
| APR Buy Down | – |
| Contract Rate | 11.33 % |
| Participation Amount | – |
| Flat $ (if Contract @ buy rate) | $350.00 |
| Term | 48 mos |
| Payment | $1,000.38 |
| Discount | – |
| Assignment Fee | $0.00 |
| Total Fee | $0.00 |
| Reference Link | Click here for Real Time Rehash |

### Reference

### Vehicle

| | |
|---|---|
| N/U/D | NEW |
| Year/Make/Model | 2025/HYUNDAI/TUCSON |
| Trim | SEL CONVENIENCE AWD |
| VIN # | 3KMJCCDE2SE007171 |
| Mileage | 15 |
| Book/Invoice | $34,575.00 |

### Stipulations

1. Prime Program Approved

2. Max backend allowed is?$6915.00.?Backend allowance cannot exceed product maximums. GAP Policy or Waiver must be an approved form.

3. First contract received on this applicant will fund. Others will be subject to return

4. Applicant qualifies for 84 months. Must rehash for approval terms and verify unit eligibility.

### Additional Information

–

### Comments

🏦 11/25/2024 6:29p.m.
Analyst

Proof of Insurance Required

🏦 11/25/2024 6:29p.m.
Analyst

Valid US government issued ID card (all applicants)

Exhibit C2
Redacted

 **Dealertrack**
by Cox Automotive

## Capital One Auto Finance

 ⇄ Conditionally Approved

Freehold Hyundai 106502



*284574829RNJ*

### Applicant(s)

| | |
|---|---|
| Applicant Name | R▇▇▇ M▇▇▇ B▇▇▇ |
| Co-Applicant | – |
| App Income | $8,000.00 |
| Co-App Income | – |
| Total Income | $8,000.00 |

### Financing Information

| | |
|---|---|
| Approved Product | Retail |
| Tier Level | Tier 5 |
| Term | 48 mos |
| Amount Countered | $22,317.00 |
| Total Dealer Fee | $95.00 |
| Buy Rate | 12.85 % |
| Max Participation | 2.5 % |
| Approved Structure | – |
| Sales Price | $36,030.00 |
| Doc Fee | $595.00 |
| Front End Products | $0.00 |
| Cash down | $17,150.00 |
| Trade | $0.00 |
| Rebate | $0.00 |
| Approved Front End | $19,475.00 |
| Approved FE % | 56.33 % |
| TT&L | $2,842.00 |
| Warranty | $0.00 |
| GAP | $0.00 |
| Credit Life | $0.00 |
| Accident/Health | $0.00 |
| Approved ATF | $22,317.00 |
| Approved LTV % | 64.55 |
| Reference Link | Click here to update directly in Dealer Navigator |

### Vehicle

| | |
|---|---|
| New/Used | **NEW** |
| Y/M/M | **2025/HYUNDAI/TUCSON** |
| Trim | **SEL Convenience AWD** |
| VIN # | **3KMJCCDE2SE007171** |
| Mileage | 15 |
| Book / Invoice | $34,575.00 |

### Stipulations

1. Vehicle must be for personal use. Contracts indicating use for any other purpose will be returned.

2. Please provide a copy of the Buyer's Order.

3. POI not required based on current deal structure. Requirement may change if deal structure changes

### Additional Information

- FOR THIS APPLICATION:
- GAP is not allowed on current structure
- Buy rate and/or fee will increase for back end &gt;= 15.01% of vehicle value
- Cash down has been increased by $17,150 to meet maximum front end policy
- Cash down has been increased by $17,150 to meet maximum payment policy
- Base Diamond backend limits applied. You could earn higher limits and increased
- Track your Diamond progress in Dealer Navigator or by contacting your buyer.
- Max payment is the lesser of $600 or 20% of income.

### Comments

–

### Reference

RF82302418BUSD014

Exhibit C3
Redacted

 **Dealertrack**
by Cox Automotive

## Hyundai Motor Finance

 HYUNDAI FINANCE    ✓ Approved

Freehold Hyundai 106502


*EA-20241125-0646RNJ*

### Applicant(s)

| | |
|---|---|
| Applicant Name | R⬛ M⬛ B.⬛ |
| Co-Applicant | – |

### Financing Information

| | |
|---|---|
| Promotion | H700 - Hyundai Low APR -N |
| Program | Base Program |
| Amount Approved | $39,467.00 |
| Approved Term | 48 mos |
| Buy Rate | 0.00 % |
| Tier Level | 1 |
| Book/Invoice | $34,575.00 |

### Reference

| | |
|---|---|
| Decision Analyst | Atlanta Credit Premier FP |
| BDM | Karen Bennett |
| Support Analysts | – |
| Phone | (800) 523-6010 |
| Fax | (800) 231-9432 |
| Funding Hot Line | (800) 523-6010 |
| Funding Fax | (800) 231-9432 |
| Reference Number | EA-20241125-0646 |

### Vehicle

| | |
|---|---|
| New/Used | NEW |
| Y/M/M | 2025/HYUNDAI/TUCSON |
| Trim | SEL CONVENIENCE AWD |
| VIN # | 3KMJCCDE2SE007171 |
| Mileage | 15 |

### Stipulations

1. *Products must adhere to state maximums
2. All individual products subject to underwriting approval
3. Ensure Address is correct on all documents

### Additional Information

–

### Comments

–

- For FedEx: Send complete package to: Hyundai Motor Finance, Suite 2065, 4054 Willow Lake Boulevard, Memphis, TN 38153.
- For UPS and all other couriers: Send complete package to: Hyundai Motor Finance Suite 2065, 4054 Willow Lake Boulevard, Memphis, TN 38118.
- Approvals are good for 30 days from approved date. All approvals are subject to verification. Purchase and acceptance of the Funding package is subject to the above requirements to the satisfaction of Hyundai Motor Finance.

RF 823024188US0013

Exhibit D
Redacted

**FREEHOLD HYUNDAI**

# WE OWE

138082

NAME  R█████ M████ B████████

STOCK # **HSE007171**     ☒ NEW     ☐ USED

ADDRESS  ████████████████

YEAR  **2025**     MAKE  **HYUNDAI**

CITY **FREEHOLD**     STATE  **NJ**     ZIP  **07728**     MODEL **Tucson**

PHONE  ████████████

VIN  **3KMJCCDE2SE007171**

SALESPERSON **BRAD WEISS**     DEL. DATE **11/25/2024**

| QTY. | NAME OF ITEM OR SERVICE OWED | PART | LABOR |
|------|------------------------------|------|-------|
|  | **2ND KEY** |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I hereby accept this WE-OWE with the understanding that it is valid for only (30) THIRTY DAYS FROM DATE OF ISSUANCE, and that I must make an ADVANCE APPOINTMENT WITH THE SERVICE DEPARTMENT before the above work can be performed.

**(FOR APPOINTMENT CALL SERVICE DEPT.)**

CUSTOMER █████████████████

DATE  **11/25/2024**

APPROVED ~~signature~~
MGR.

# YOU OWE

| | TO BE RECEIVED BY DATE | | | TO BE RECEIVED BY DATE |
|---|---|---|---|---|
| 1) Title to Trade in Vehicle |  | 5) |  |  |
| 2) All Monies |  | 6) |  |  |
| 3) Valid Insurance Card |  | 7) |  |  |
| 4) |  | 8) |  |  |

I hereby agree to provide the above item(s) to the dealer. I understand that the sales transaction is not complete until I provide such items.

█████████████████

DATE  **11/25/2024**

APPROVED BY ~~signature~~
MGR.

31626*1*FHY-FI

RF B23024188US 0012

Exhibit E
Redacted





Exhibit F1
Redacted

6:14



**INTUIT**
**creditkarma**

    

### View report from

Mar 11, 2025    ⌄

You are viewing an out-of-date report. This does not reflect your current score.

R███████ B████████

# 749

Calculated using VantageScore 3.0
Provided by Equifax

## Personal Information

#### NAMES REPORTED

R████████ B██████

R██████, M███████ B████████

#### EMPLOYMENT INFO

*You have no employment information on your credit report.*

#### ADDRESSES REPORTED



FREEHOLD, NJ
07728

 For you     Cards     Loans     Insurance     Money

Exhibit F2
Redacted

6:13



<         **INTUIT** creditkarma         ✕

### View report from



Apr 13, 2025      ⌄

R████ B█████

# 577

Calculated using VantageScore 3.0
Provided by Equifax

## Personal Information

**NAMES REPORTED**

R█████ B████
R█████ M██████ B██████

**EMPLOYMENT INFO**

*You have no employment information on your credit report.*

**ADDRESSES REPORTED**

📍 ████████████
FREEHOLD, NJ
07728

📍 ████████████
STATEN ISLAND, NY
10312

 For you     Cards     Loans     Insurance     Money



**CHASE**

PO Box 15077
Wilmington, DE 19850-5077



R██████ M B█████

FREEHOLD NJ 07728-9998

March 30, 2025

Dear R█████ M B█████:

Thank you for applying for a new CHASE FREEDOM Visa Signature account. We reviewed your application, and we're unable to approve this account for you at this time. We know this isn't the answer you were hoping for, and we'd like to give you more information about our decision.

**We based our decision on the following reason(s)**
- High debt relative to income
- History of poor credit performance
- Delinquency history on one or more accounts
- Insufficient credit experience

Details about the credit bureau and credit score we used to make this decision are included at the end of this letter. This information can help to build awareness around credit health, which is an important part of being approved for a future application.

**We have a free tool that can help**
Chase Credit Journey$^{SM}$ is our credit education resource where you can:
- Explore personalized resources to help you build and maintain your credit.
- See your latest credit score for free anytime, without affecting your credit.
- Gain insights into your credit health and how certain factors affect your score.
- Receive alerts to help protect your credit and identity.

You don't have to be a Chase customer to get started. You can enroll in Credit Journey at chase.com/CreditJourney or by scanning the QR code.



We appreciate your interest.

Sincerely,

Chase Card Services

Reference Number: 25█████60

Page 2

Exhibit F3.1
Redacted

## We used information from your credit report

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you.

EXPERIAN
PO BOX 2002
ALLEN, TX 75013-0036
(888) 397-3742
WWW.EXPERIAN.COM

## We also used your credit score

Your credit score is a number that reflects information in your credit report, such as whether you pay your bills on time and how much you owe creditors. When this information changes, your credit score also changes.

| | |
|---|---|
| Scoring system name: | Chase Proprietary Score |
| Source: | JPMorgan Chase Bank, N.A. |
| Date calculated: | 03/30/2025 |
| Your credit score: | 618 |

Scores calculated using this source can range from a low of 250 to a high of 900 (higher scores are better).

## Here are the key factors that adversely affected your credit score

- Recent delinquency, public record or bankruptcy
- Length of time since last delinquency on all accounts
- Satisfactory obligated revolving accts compared to all revolving accts
- Insufficient retail card information
- Number of requests for new credit in the past 6 months

## FAIR CREDIT REPORTING ACT NOTICE

Under the Fair Credit Reporting Act, you also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

## EQUAL CREDIT OPPORTUNITY ACT NOTICE

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.



# Sale and Servicing Agreement, to be dated the Closing Date, among the Trust, HCA, as seller and servicer, HABS, as depositor, and the Indenture Trustee

**Contract Categories:** Business Finance  ›  Indenture Agreements

EX-10.2 5 tm2424889d9_ex10-2.htm EXHIBIT 10.2

Exhibit 10.2

SALE AND SERVICING AGREEMENT

among

HYUNDAI AUTO RECEIVABLES TRUST 2024-C,
Issuer,

HYUNDAI ABS FUNDING, LLC,
Depositor,

HYUNDAI CAPITAL AMERICA,
Seller and Servicer,

and

CITIBANK, N.A.,
Indenture Trustee

Dated as of October 16, 2024

Exhibit  G2

ARTICLE IV.

ADMINISTRATION AND SERVICING OF RECEIVABLES

Section 4.01 Duties of Servicer. The Servicer, for the benefit of the Issuer and the Indenture Trustee, shall manage, service, administer and make collections on the Receivables and perform the other actions required of the Servicer under this Agreement. The Servicer shall service the Receivables in accordance with its customary servicing practices, using the degree of skill and attention that the Servicer exercises with respect to all other comparable motor vehicle receivables that it services for itself and others. The Servicer's duties shall include the collection and posting of all payments, responding to inquiries of Obligors, investigating delinquencies, sending payment statements to Obligors, reporting any required tax information to Obligors, monitoring the Collateral, accounting for collections, furnishing monthly and annual statements to the Owner Trustee and the Indenture Trustee with respect to distributions and performing the other duties specified herein. The Servicer also shall administer and enforce all rights of the holder of the Receivables under the Receivables and the Dealer Agreements to the extent and in a manner consistent with its customary practices. To the extent consistent with the standards, policies and procedures otherwise required hereby and the Credit and Collection Policy, the Servicer shall follow its customary standards, policies and procedures and shall have full power and authority, acting alone, to do any and all things in connection with the managing, servicing, administration and collection of the Receivables that it may deem necessary or desirable. Without limiting the generality of the foregoing and subject to Section 4.02, the Servicer is hereby authorized and empowered to execute and deliver, on behalf of itself, the Issuer, the Owner Trustee, the Indenture Trustee, the Certificateholders and the Noteholders, or any of them, any and all instruments of satisfaction or cancellation, or of partial or full release or discharge, and all other comparable instruments with respect to the Receivables and with respect to the Financed Vehicles. The Servicer is not required under the Basic Documents to make any disbursements via wire transfer or otherwise on behalf of an Obligor. There are no requirements under the Receivable or the Basic Documents for funds to be, and no funds shall be, held in trust for an Obligor. No payments or disbursements shall be made by the Servicer on behalf of an Obligor. The Servicer is hereby authorized to commence, in its own name or in the name of the Issuer, the Indenture Trustee, the Owner Trustee, the Certificateholders or the Noteholders, a legal proceeding to enforce a Receivable pursuant to Section 4.03 or to commence or participate in any other legal proceeding (including a bankruptcy proceeding) relating to or involving a Receivable, an Obligor or a Financed Vehicle. If the Servicer commences or participates in any such legal proceeding in its own name, the Indenture Trustee or the Issuer shall thereupon be deemed to have automatically assigned the applicable Receivable to the Servicer solely for purposes of commencing or participating in such proceeding as a party or claimant, and the Servicer is authorized and empowered by the Indenture Trustee or the Issuer to execute and deliver in the Indenture Trustee's or the Issuer's name any notices, demands, claims, complaints, responses, affidavits or other documents or instruments in connection with any such proceeding. If in any enforcement suit or legal proceeding it shall be held that the Servicer may not enforce a Receivable on the ground that it shall not be a real party in interest or a holder entitled to enforce such Receivable, the Owner Trustee shall, at the Servicer's expense and direction, take steps to enforce such Receivable, including bringing suit in its name or the name of the Issuer, the Indenture Trustee, the Certificateholders or the Noteholders. The Owner Trustee and the Indenture Trustee shall upon the written request of the Servicer furnish the Servicer with any powers of attorney and other documents reasonably necessary or appropriate to enable the Servicer to carry out its servicing and administrative duties hereunder. The Servicer shall include the disclosures required by Rule 4(c)(2)(Ii) and (iii) contained in Regulation RR, 17 C.F.R. §246.4, et seq. in the first Servicer's Certificate after the Closing Date.

8-K 1 tm2424889d13_8k.htm FORM 8-K

---

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

---

# FORM 8-K

**CURRENT REPORT PURSUANT TO**
**SECTION 13 OR 15(D) OF THE**
**SECURITIES EXCHANGE ACT OF 1934**

Date of Report (Date of earliest event reported): October 16, 2024

# Hyundai Auto Receivables Trust 2024-C

**(Issuing Entity)**
*Central Index Key Number: 0002037227*

# Hyundai ABS Funding, LLC

**(Depositor)**
*Central Index Key Number: 0001260125*

# Hyundai Capital America

**(Sponsor)**
*Central Index Key Number: 0001541028*

(Exact name of Issuing Entity, Depositor/Registrant and Sponsor as specified in their respective charters)

| | 333-261719 | |
|---|---|---|
| Delaware | 333-261719-09 | 33-0978453 |
| (State or Other Jurisdiction of Incorporation) | (Commission File Number for Registrant and Issuing Entity, respectively) | (Registrant's IRS Employer Identification No.) |

| 3161 MICHELSON DRIVE, SUITE 1900 IRVINE, CALIFORNIA | 92612 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: (949) 732-2697

Not Applicable

(Former Name or Former Address, if Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2 (b))

 Consumer Financial Protection Bureau (cfpb.gov/)

# Hyundai Capital America

On July 26, 2022, the Bureau issued a consent order against Hyundai Capital America (Hyundai), a nonbank automotive finance company based in Irvine, California. Hyundai purchases and services retail installment contracts and vehicle leases originated by Hyundai, Kia, and Genesis dealerships. Hyundai furnishes credit information on the auto loans it services by sending monthly data files to consumer reporting companies. The Bureau found that over several years Hyundai repeatedly furnished to consumer reporting companies information containing numerous systemic errors and that it knew of many of these inaccuracies for years before attempting to fix them. When Hyundai furnished inaccurate negative consumer information, it may have negatively affected consumers' access to credit. The Bureau found that Hyundai violated the Fair Credit Reporting Act (FCRA) and Regulation V by failing to promptly update and correct information it furnished to consumer reporting companies that it determined was not complete or accurate, and continuing to furnish this inaccurate and incomplete information; failing to provide the FCRA-required date of first delinquency on certain delinquent or charged-off accounts; failing to modify or delete information disputed by consumers that it found to be inaccurate; failing to establish reasonable identity theft and related blocking procedures to respond to identity theft notifications from consumer reporting companies such that Hyundai continued to report such information that should have been blocked on a consumer's report; and failing to establish and implement reasonable written policies and procedures regarding the accuracy and integrity of information provided to consumer reporting companies. These FCRA violations also constituted violations of the Consumer Financial Protection Act of 2010 (CFPA). The Bureau also concluded that Hyundai's use of ineffective manual processes and systems to furnish consumer information was unfair in violation of the CFPA. The consent order requires Hyundai to take steps to prevent future violations and to pay $13,200,000 in redress to affected consumers and a $6,000,000 civil money penalty.

## RELATED DOCUMENTS

Consent order (https://files.consumerfinance.gov/f/documents/cfpb_hyundai-capital-ame rica_consent-order_2022-07.pdf)

Stipulation (https://files.consumerfinance.gov/f/documents/cfpb_hyundai-capital-america _stipulation_2022-07.pdf)

## PRESS RELEASE

Exhibit J



1 of 1 DOCUMENT

Restatement of the Law, Third, Agency
Copyright (c) 2006, The American Law Institute

Case Citations

Chapter 1 - Introductory Matters

Topic 1 - Definitions and Terminology

Restat 3d of Agency, § 1.01

§ 1.01 Agency Defined

**Agency is the fiduciary relationship that arises when one person (a "principal") manifests assent to another person (an "agent") that the agent shall act on the principal's behalf and subject to the principal's control, and the agent manifests assent or otherwise consents so to act.**

**COMMENTS & ILLUSTRATIONS: Comment:**

*a. Scope and cross-references.* Comment *b* discusses various usages of agency terminology. Comment c is a general discussion of the defining elements of agency. Comment *d* discusses how a relationship of agency is formed. It is not necessary that the agent manifest assent to the principal. See Comment *c* and § 3.01, Comment *b*. Comments *e-h* discuss the elements of agency in more detail. Section 1.02 states the principle that it is a legal conclusion whether a particular relationship is one of agency. Section 1.03 defines manifestation. Section 1.04 defines and distinguishes among some common types of agents and principals.

*b. Usage.* This definition states the elements of the relationship widely referred to as "common-law agency" or "true agency." The definition excludes cognate relationships in which, although the legal consequences of one person's actions are attributed to another person, one or more of the defining elements of agency are not present. See §§ 3.12-3.13, dealing with powers given as security and irrevocable proxies, and § 8.09, Comment *d,* discussing the duties of an escrow holder. Nonetheless, such cognate relationships are often grouped with relationships of common-law agency. More generally, legal usage varies. Some statutes and many cases use agency terminology when the underlying relationship falls outside the common-law definition.

Moreover, the terminology of agency is widely used in commercial settings and academic literature to characterize relationships that are not necessarily encompassed by the legal definition of agency. In philosophical and literary studies, "agency" often means an actor's capacity to assert control over the actor's own intentions, desires, and decisions. In economics, definitions of principal-agent relations encompass relationships in which one person's effort will benefit another or in which collaborative effort is required. In commercial settings, the term "principal" is often used to designate one who benefits from or is affected by the acts of another, or one who sponsors or controls another. It is also common usage to refer without distinction to parties who serve any intermediary function as "agents." Not all such situations, however, meet the legal definition of an agency relationship. Moreover, the legal consequences of agency may attach to only a portion of the relationship between two persons, a fact that dictates care in using the term "agency relationship." Aspects of an overall relationship may constitute agency and entail its legal consequences while other aspects do not. It is also possible for the same person to be a principal as well as an agent in an interaction with a third party. The Introduction states the coverage of this Restatement.

*c. Elements of agency.* As defined by the common law, the concept of agency posits a consensual relationship in which one person, to one degree or another or respect or another, acts as a representative of or otherwise acts on behalf

## Acknowledgment
## In the Nature of Supplemental Rules
### for Administrative and Maritime Claims Rules C (6)
**for Personal Protection From**
**Federal/State/County/City/Municipal/Corporation Employees/Agents/Individuals**

**Notice to Agent is Notice to Principal.**
**Notice to Principal is Notice to Agent.**
**Notice to Individual, Natural Living Soul is Notice to All Human Beings.**
**Notice to All Human Beings is Notice to Individual, Natural Living Soul.**

"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law."
**--- In re McCowan (1917), 177 C. 93, 170**

Public Law § 97-280 acknowledges the Holy Bible as the Word of God.

**Silence is Aquiesence, Agreement, and Dishonour**

**This is a Self-Executing Contract.**

# Notice

**Daniel Chapter 4 verse 17 (K.J.V.)**
"17 This matter is by the decree of the watchers and the demand by
the word of the Holy ones: to the intent that the living may know
that the most High ruleth in the kingdom of men and giveth it to
whomsoever He will and setteth up over it the basest of men."


Before Me, the undersigned Notary,
_____Tomang Snalan_____, on this day __4__ of
January, 2025, personally appeared Rianna-Michele: Baratta©™,
known to me to be credible natural person and of lawful age, who
being duly sworn by me affirms, deposes, and says:

I, Rianna Michele of the family Baratta, as a natural person / a
People on the state known as New Jersey, are hereby, as a gesture
of peace, giving proper notice to the STATE OF NEW JERSEY
corporation and to the UNITED STATES corporation and to all
municipal, county, and city corporations, and all other STATE
CORPORATIONS, agents, employees, and all other individuals of the
following:

As a peaceful, natural person, man and woman desiring to avoid
conflict and to live lawfully with all of our freedoms, we are
providing you with this Affidavit of Notice of Liability
Trespass **Fee Schedule and Remedy for personal protection from
Federal / State / County / City / Municipal / Corporation employees**
as a courtesy to you and as a remedy should you decide to trespass
upon me or other members of my Family. Failure to know or disobey
any of your thousands of corporate regulations, statutes, or codes
does not constitute a crime absent a victim or damaged property or
fraud - no corpus delecti.

> "In every prosecution for crime it is necessary to
> establish the 'corpus delecti', i.e., the body or elements
> of the crime." People v. Lopez. The corpus delecti consists

Please note that this self-defense Notice of Fee Schedule and Remedy for personal protection from Federal/State/County/City/Municipal/Corporation employees is just per Trezevant v. City of Tampa, 741 F2d 336 (11th Cir. 1984) Motorist was illegally held for 23 minutes on a traffic charge and was awarded $25,000 in damages. This sets the foundation for $1,086.00 per minute / $1,800,000.00 per day. When an individual is detained without a signed lawful 4ᵗʰ amendment warrant and without having committed a crime (Traffic infractions are NOT crimes.), the detention is a false arrest and unlawful imprisonment.

**WHEREAS** this is a formal and lawful Notice of Fee Schedule and Remedy that is established for the Rianna-Michele: Baratta family members to include Rianna-Michele-Baratta©™ that are lawful and unlawful matters relating to the Office of the Executor.

**Written permission is required for the express use of my LEGAL NAME, and I do not authorize its use by you or your AGENTS / third parties.**

Attorney fees and other remedies not listed in this fee schedule are determined under special circumstances and submitted via certified mail with return receipt to all parties involved.

1. **For every unlawful solicited / unsolicited interference and trespass in my private matters and/or commercial affairs, the following administrative fees apply: $2,000,000.00** (two million) **per offense** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

2. **For every offense committed against entities,** RIANNA MICHELE BARATTA©™, BARATTA, RIANNA MICHELE, RIANNA M BARATTA, RIANNA BARATTA, and any and all derivations thereof on any document which is in any way associated with me, the living soul, Rianna-Michele: Baratta©™, shall, by such document acting as *prima facie* evidence of violation, **become liable for penalties of $300,000.00** payable in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

3. **For every offense or action taken against me: $3,000,000.00** (three million) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation of the RICO Act of 1970 for fraudulently and unlawfully under color of law misguiding natural persons to believe they are the entities (corporate fictions) to gain access to their TRUST ACCOUNTS.

4. **For each page of documents an agent, clerk or clerk of the courts refuses to file: $25,000.00 per page** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal reserve notes to silver dollars per person per violation pursuant to **Federal Rules of Civil Procedures 5(d)(4))** – Acceptance by the clerk.

Affidavit of Fee Schedule                Page 2 | 22

RIANNA MICHELE BARATTA    Estate.

Executor Office.

Nation-New Jersey.

General-Post Office.

200-Village Center Drive

Freehold. United States Minor, Outlying Islands.

Near. [07728-9998]

To:  Hyundai ABS Funding LLC
    3161 Michelson Drive, Suite 1900
    Irvine, CA 92612
    Attention: President/Secretary Charley Yoon

    Hyundai Capital America (HCA)
    Attention: CFO Kwan Mook Lim
    3161 Michelson Drive, Suite 1900
    Irvine, CA 92612

    Freehold Hyundai
    4065 US-9,
    Freehold, NJ 07728
    Attention: VP George Mackey

Hyundai Auto Receivables Trust
388 Greenwich Street
New York, NY 10013

Citibank, N.A.
388 Greenwich Street
New York, NY 10013
Attention: CFO Mark Mason

Hyundai Motor Finance
Po Box 20835
Fountain Valley, Ca 92728
Attention: CFO Seung Jo Lee

Re: **Notice of Priority Interest | Demand for Release of Certificate of Title and Compliance with Full Satisfaction of Retail Installment Sale Contract #0047034**

To Whom It May Concern:

This correspondence serves as a formal Notice of Priority Interest and that all obligations under the Retail Installment Sales Contract #0047034 have been fully satisfied by special, not blank, endorsement, as of November 25, 2024. Pursuant to the terms of the contract and governing legal principles, I hereby demand the immediate release of the Certificate of Title associated with the vehicle referenced therein. This Certificate must be unencumbered by any liens or claims, reflecting the total satisfaction and discharge of all debt.

---

RIANNA MICHELE BARATTA    Estate.

Executor Office.

Nation-New Jersey.

General-Post Office.

200-Village Center Drive

Freehold. United States Minor, Outlying Islands.

Near. [07728-9998]

1. **Satisfaction and Discharge of Obligations:**

**Assertion of Priority Interest and Beneficial Ownership:**

As referenced by UCC Financing Statement file #57510033, I assert my priority interest and beneficial ownership over the Retail Installment Sales Contract #0047034, and its associated property and proceeds, as protected under applicable principles of secured transactions. This interest unequivocally requires the release of the Certificate of Title. [See Attached]

**Extinguishment of Debt via Set-Off:**

All recorded liabilities under the account or ledger for the specified contract have been nullified through the proper acceptance and special endorsement of Retail Installment Sale Contract #0047034, a lawful set-off in accordance with recognized financial accounting standards and principles for negotiable instruments. The set-off constitutes full and final accord and satisfaction, and no further financial obligations are owed. Adjust your records accordingly.[See Attached Exhibits]

**Recoupment of Associated Proceeds:**

Additionally, I demand the recoupment of principal and all interest, dividends, rents, or other proceeds derived from the pooling, securitization, or use of assets tied to this receivable. These proceeds, integral to the equitable execution of the contract, must be promptly returned with a detailed GAAP accounting signed under penalty of perjury by a certified public accountant.

2. **Revocation of Power of Attorney and Security Interest**

An immediate and full revocation of any power of attorney and security interest granted to Freehold Hyundai and Hyundai Capital America (HCA) or any other entity in connection with the Retail Installment Sale Contract is hereby initiated and revoked. This revocation ensures that no further authority or claim to act on my behalf, or to hold any security interest in the associated

RIANNA MICHELE BARATTA    Estate.

Executor Office.

Nation-New Jersey.

General-Post Office.

200-Village Center Drive

Freehold. United States Minor, Outlying Islands.

Near. [07728-9998]

vehicle, shall remain in effect following the cancellation and satisfaction of all obligations under the contract. [See Attached Revocation and  Documents]

3. **Gratuity for Honorable Business Performance**

A gratuity up to 20% of the principal proceeds derived from the account is offered to Citibank, N.A., in its capacity as the Indenture Trustee of the Hyundai Auto Receivables Trust. This gratuity is provided in recognition of the trustee's responsibility to oversee the proper reconciliation, discharge, and set-off of all debts and obligations associated with Retail Installment Sales Contract #0047034. This gratuity acknowledges the trustee's role in ensuring transparency and compliance with legal and financial standards during the settlement process.

4. **Prohibition Against Trespass and Repossession of Satisfied Property**

Any attempt to trespass upon the rights, property, or person of the beneficiary named in connection with the above-referenced estate will not be tolerated under any circumstances. This includes, but is not limited to, the unauthorized repossession or interference with the vehicle that has been fully satisfied by special endorsement or other lawful methods of satisfaction, as evidenced by the terms of the Retail Installment Sales Contract #0047034.

Pursuant to applicable New Jersey law, and related statutes, any effort to repossess a vehicle where the underlying debt has been fully satisfied constitutes an unlawful act and will expose the offending party to civil penalties, statutory damages, and injunctive relief. Furthermore, actions taken in bad faith, or in violation of the Uniform Commercial Code or other relevant laws governing secured transactions, will be vigorously opposed.

In addition to legal remedies, any party engaging in such unauthorized actions will be subject to additional penalties and fines, as stipulated in the fee schedule recorded with the Pima County Recorder's Office. This includes charges for trespass, interference with property, and related violations.[See attached schedule]

RIANNA MICHELE BARATTA   Estate.

Executor Office.

Nation-New Jersey.

General-Post Office.

200-Village Center Drive

Freehold. United States Minor, Outlying Islands.

Near. [07728-9998]

You are hereby placed on notice that all obligations under the Retail Installment Sales Contract #0047034 have been satisfied, and any further attempts to assert claims against the property or the beneficiary will be met with all available legal and equitable remedies. Your cooperation in respecting the rights of the beneficiary is expected and appreciated.

5. **Demand for Immediate Action**

As all obligations have been satisfied, the following actions are reasonable in the course of business and must be fulfilled without delay:

1. Release of Title: The Certificate of Title must be delivered to me, reflecting its status as free of any liens or claims.
2. Accounting of Transactions: A comprehensive statement of accounting for any transactions or proceeds related to the contract must be provided.
3. Any credit reporting or consumer disclosures must be updated to reflect the consumer credit line has been satisfied.

You are required to confirm compliance with these demands and provide all requested documentation by end of day, January 30, 2025 to ensure compliance with applicable legal standards and prevent further legal remedies.

Kindly confirm receipt of this notice and provide the required documentation. Failure to respond within 14 days will compel me to pursue enforcement of my rights, including but not limited to initiating proceedings for declaratory relief, restitution, and recovery of all associated costs.

In Good Faith with Clean Hands,
For: Rianna Michele Baratta

By: Baratta:, Rianna-Michele:

Baratta:, Rianna-Michele:

RIANNA MICHELE BARATTA   Estate.
Executor Office.
Nation-New Jersey.
General-Post Office.
200-Village Center Drive
Freehold. United States Minor, Outlying Islands.
Near. [07728-9998]


**Affidavit of Knowledge of the Facts**

Maxim: "Equity regards as done that which ought to have been done."

I hereby affirm, under the laws of the United States of America, that I have full first-hand knowledge of the facts and declare that the foregoing is true and correct.

In Good Faith with Clean Hands,

By: *Baratta: Riann-Michele:*

Baratta:, Rianna-Michele:


Notary Acknowledgement

New Jersey State in Monmouth County

The foregoing instrument was acknowledged before me this  7th  day of  January  , 20 25 and the above-named individual(s) Rianna Michele Baratta, having appeared via ❑ physical presence / ❑ online notarization have produced satisfactory identification proving to be the person(s) whose name(s) is/are signed within this instrument and acknowledged execution of the same in their authorized capacity with full presence of mind, understanding the nature and effect of the document upon its execution.

I certify under penalty of perjury that the foregoing paragraph is true and correct.

Notary Public

[Notary Seal]

JELANI JORDAN CLARKE
Notary Public, State of New Jersey
My Commission Expires Oct 5, 2028

My Commission Expires  October 5 2028

RIANNA MICHELE BARATTA    Estate.
200-Village Center Drive
Freehold. Nation New Jersey
Near. [07728]

To:  Hyundai ABS Funding LLC
     3161 Michelson Drive, Suite 1900
     Irvine, CA 92612
     Attention: President/Secretary Charley Yoon

     Hyundai Capital America (HCA)
     Attention: CFO Kwan Mook Lim
     3161 Michelson Drive, Suite 1900
     Irvine, CA 92612

     Freehold Hyundai
     4065 US-9,
     Freehold, NJ 07728
     Attention: VP George Mackey

Hyundai Auto Receivables Trust
388 Greenwich Street
New York, NY 10013

Citibank, N.A.
388 Greenwich Street
New York, NY 10013
Attention: CFO Mark Mason
Attention: Kerry Hehir

Hyundai Motor Finance
Po Box 20835
Fountain Valley, Ca 92728
Attention: CFO Seung Jo Lee

**Re: Revocation of Power of Attorney and Revocation of Security Interest**

**To Whom It May Concern,**

This correspondence serves as formal notice of the immediate revocation of any and all powers of attorney and security interests granted to the entities listed above in connection with, Retail Installment Sales Contract #0047034, or any associated documentation or agreements.

## 1. Revocation of Power of Attorney

Any powers of attorney previously granted to Hyundai ABS Funding LLC, Hyundai Capital America, Freehold Hyundai, Hyundai Auto Receivables Trust, Citibank, N.A., or Hyundai Motor Finance, whether expressly or implicitly created, are hereby revoked. This revocation is effective

RIANNA MICHELE BARATTA    Estate.
200-Village Center Drive
Freehold. Nation New Jersey
Near. [07728]

immediately and applies to all actions, claims, or authorities related to the above-referenced transaction or its associated property, including but not limited to:

- Acting on behalf of the undersigned in any capacity.
- Executing or endorsing documents, agreements, or instruments.
- Managing, transferring, or assigning rights related to the financed vehicle or any associated obligations.

No entity listed above is authorized to act on behalf of the undersigned for any purpose related to the referenced transaction or associated property **unless instructed to specifically by Rianna Michele Baratta.[see attached power of attorney]**

---

## 2. Revocation of Security Interest

Similarly, all security interests previously granted to the listed entities in connection with the above-referenced transaction are hereby revoked. This includes any claims to liens, encumbrances, or other security interests in the financed vehicle or any associated property or proceeds.

This revocation is pursuant to the full satisfaction and discharge of obligations under the Retail Installment Sales Contract #0047034, as evidenced by payment via special, not blank, endorsement and lawful set-off. Any continued assertion of a security interest in the financed vehicle or its associated property is unlawful and in direct violation of applicable laws, including but not limited to:

- The Uniform Commercial Code (UCC) governing secured transactions.
- New Jersey Statutes Annotated (N.J.S.A.) § 12A:9-210, requiring proper release of satisfied security interests.

Failure to release all claims and security interests promptly may result in legal and equitable remedies, including but not limited to penalties and fines as per the recorded fee schedule at the Pima County Recorder's Office.[See attached]

### 3. Notice of Non-Compliance Consequences

The failure to comply with this notice and revoke all powers of attorney and security interests will be treated as trespass, interference with property rights, and a violation of state and federal

RIANNA MICHELE BARATTA    Estate.
200-Village Center Drive
Freehold. Nation New Jersey
Near. [07728]

laws. Such actions may result in penalties under applicable consumer protection and privacy laws, including:

- The Gramm-Leach-Bliley Act (GLBA) for unauthorized use or disclosure of private information.
- The Fair Credit Reporting Act (FCRA) for improper handling of consumer credit data.
- The New Jersey Consumer Fraud Act for unconscionable commercial practices.

**Next Steps**
You are required to provide confirmation of the immediate revocation of all powers of attorney and security interests, along with documentation reflecting the release of any liens or claims against the vehicle. Failure to provide such confirmation within 10 days will necessitate further action, including notification of regulatory authorities and initiation of claims for damages.

**In Good Faith,**

By:
Baratta:, Rianna-Michele:

**Notice**: This communication does not waive any rights, remedies, or defenses available under applicable law.

Notary Acknowledgement

New Jersey State in Monmouth County

The foregoing instrument was acknowledged before me this 17th day of January , 2025 and the above-named individual(s) Rianna Michele Baratta, having appeared via ❏ physical presence / ❏ online notarization have produced satisfactory identification proving to be the person(s) whose name(s) is/are signed within this instrument and acknowledged execution of the same in their authorized capacity with full presence of mind, understanding the nature and effect of the document upon its execution.

I certify under penalty of perjury that the foregoing paragraph is true and correct.

Notary Public
[Notary Seal]

JELANI JORDAN CLARKE
Notary Public, State of New Jersey
My Commission Expires Oct 5, 2028

My Commission Expires October 5 2028

RIANNA MICHELE BARATTA    Estate.
Executor Office.
Nation-New Jersey.
General-Post Office.
200-Village Center Drive
Freehold. United States Minor, Outlying Islands.
Near. [07728-9998]

Notice of Liability and Demand for Redress

To:

Attention: VP George Mackey
Freehold Hyundai
4065 US-9
Freehold, NJ 07728

Re: Breach of Privacy, Unauthorized Use of Social Security Information, Violation of Privacy Policy, and Failure to Provide Unencumbered Title

To: George Mackey,

This correspondence serves as a formal notice regarding significant breaches of consumer privacy, unauthorized actions, and contractual violations associated with the Retail Sales Agreement No. 0047034, entered into on November 25, 2024. The matters outlined below highlight unlawful conduct, and liability stemming from actions taken by Freehold Hyundai during and after the referenced transaction.

1. Unauthorized Use of Social Security Information

During the execution of the Retail Sales Agreement, Freehold Hyundai improperly accessed and utilized private Social Security information in direct violation of both its stated privacy policy and federal regulations governing consumer data. Specifically:

The Social Security number provided for this transaction was run through multiple financial institutions, including but not limited to:

Capital One Auto Finance: Resulting in $36,030. [see attached]

Santander Bank: Resulting in $38,467. [see attached]

Exhibit N2

RIANNA MICHELE BARATTA    Estate.
Executor Office.
Nation-New Jersey.
General-Post Office.
200-Village Center Drive
Freehold. United States Minor, Outlying Islands.
Near. [07728-9998]

Hyundai Freehold: Resulting in $41,416 plus $41,416 funding from special endorsement. [see attached]

This was in direct contradiction to the terms discussed at the time of signing, wherein financing was agreed exclusively through Hyundai's 0% offer. The unauthorized sharing of private information with third parties constitutes a breach of the dealership's privacy policy, as well as a violation of federal regulations under the Gramm-Leach-Bliley Act (GLBA) and the Fair Credit Reporting Act (FCRA), which require explicit consumer consent for such actions.

Further, the refusal to accept an SS-89 form along with the credit application, which would have provided limited and lawful access to Social Security data strictly for this transaction, along with an apology for "accidentally" running credit with additional banks even after my specific instructions to run with Hyundai alone, and a promise after highlighting their privacy policy that this would be so, underscores the intent to bypass lawful procedures, totaling approximately $150,000 in total damages to the beneficiary, Rianna Michele Baratta.

2. Failure to Provide Unencumbered Title

Upon the payment of funds via special endorsement, Freehold Hyundai failed to deliver an unencumbered Certificate of Title for the vehicle, a fundamental requirement under the Retail Sales Agreement and applicable New Jersey law. This failure constitutes a breach of contract, as well as a violation of New Jersey consumer protection statutes, including N.J.S.A. § 56:8-2, which prohibits unconscionable commercial practices.

The delay in delivering an unencumbered title places an undue burden on the buyer and further demonstrates a pattern of disregard for contractual and legal obligations.

3. Revocation of Power of Attorney and Security Interest

Due to the above breaches, as of the date of this notice, any and all powers of attorney and security interests granted to Freehold Hyundai in connection with the above-referenced transaction are hereby revoked. This revocation ensures that no further authority or claim to act on behalf of the undersigned or to hold any security interest in the vehicle remains in effect. [See attached Revocation of Power of Attorney and Security Interest]

RIANNA MICHELE BARATTA    Estate.

Executor Office.

Nation-New Jersey.

General-Post Office.

200-Village Center Drive

Freehold. United States Minor, Outlying Islands.

Near. [07728-9998]

4. Regulatory Implications and Legal Exposure

The breaches outlined herein expose Freehold Hyundai to scrutiny and penalties from multiple regulatory authorities, including but not limited to:

The Federal Trade Commission (FTC) for violations of consumer privacy under the GLBA and FCRA.

The Securities and Exchange Commission (SEC) for any securities-related violations tied to the unauthorized handling of Social Security information and profits derived from these actions in connection with the negotiable instrument.

The New Jersey Division of Consumer Affairs for violations of state consumer protection laws.

The damages sustained by the injured party total approximately $150,000 based on the unauthorized profit generated between all parties, without considering penalties per the Affidavit /Notice of Liability Regarding Trespass Fee Schedule and Remedy [See attached]. However, said schedule includes significantly higher fines for trespass and breaches of fiduciary and contractual obligations, which far exceed this amount.

5. Invitation to Resolve Matters Privately

In light of these serious issues, it is anticipated that Freehold Hyundai will recognize the gravity of its actions and seek to address them appropriately. A fair and equitable resolution of these matters would serve the interests of all parties involved and demonstrate a commitment to lawful and ethical business practices.

Next Steps

Freehold Hyundai is urged to respond to this notice within 10 days of receipt of this notice with a proposal to redress the outlined violations. Failure to do so will compel the undersigned to pursue remedies available under federal and state law, including but not limited to claims for declaratory relief, damages,

RIANNA MICHELE BARATTA    Estate.

Executor Office.

Nation-New Jersey.

General-Post Office.

200-Village Center Drive

Freehold. United States Minor, Outlying Islands.

Near. [07728-9998]

restitution, and injunctive relief. Additionally, this notice may be forwarded to relevant regulatory authorities for further investigation if a satisfactory resolution is not reached.

Your immediate attention and cooperation are appreciated.

In Good Faith,

For: Rianna Michele Baratta

By: _Baratt:, Rann-Mchel:_

Baratta:, Rianna-Michele:

Notice: This communication does not waive any rights, remedies, or defenses available under applicable law.

Notary Acknowledgement

New Jersey State in Monmouth County

The foregoing instrument was acknowledged before me this __17__ day of __January__ , 20__25__ and the above-named individual(s) Rianna Michele Baratta, having appeared via ☑ physical presence / ❑ online notarization have produced satisfactory identification proving to be the person(s) whose name(s) is/are signed within this instrument and acknowledged execution of the same in their authorized capacity with full presence of mind, understanding the nature and effect of the document upon its execution.

I certify under penalty of perjury that the foregoing paragraph is true and correct.

_____

Notary Public _Johnny R Burks_
[Notary Seal]

_____

My Commission Expires


**UNITED STATES**
**POSTAL SERVICE**

Exhibit O

March 6, 2025

*Proof of Delivery & Reciept Exhibit K, L, M, N*

Dear R BARATTA:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 2559 2707 71**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | January 21, 2025, 12:29 pm |
| **Location:** | FREEHOLD, NJ 07728 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |

| Shipment Details | |
|---|---|
| **Weight:** | 11.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 4065 US 9 |
| **City, State ZIP Code:** | FREEHOLD, NJ 07728-2534 |

**Recipient Signature**

Signature of Recipient:

4065 US HIGHWAY 9,
FREEHOLD, NJ 07728

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

200-Village Center Drive
...shdod Unlawful Processor, Pittsburgh, Access
Near. [07728-9998]



Notice To Cure – Final Demand For Full Remedy & Redress

To:
**VP George Mackey – Freehold Hyundai, 4065 U.S. 9 North, Freehold, NJ 07728**

**Hyundai ABS Funding LLC – 3161 Michelson Drive, Suite 1900, Irvine, CA 92612 (Attn: President/Secretary Charley Yoon)**

**Hyundai Capital America (HCA) – 3161 Michelson Drive, Suite 1900, Irvine, CA 92612 (Attn: CFO Kwan Mook Lim)**

**Hyundai Motor Finance – P.O. Box 20835, Fountain Valley, CA 92728 (Attn: CFO Seung Jo Lee)**

**Citibank, N.A. – 388 Greenwich Street, New York, NY 10013 (Attn: CFO Mark Mason, Kerry Hehir)**

Re: Immediate Rectification of Material Misrepresentation, Regulatory Violations, and Unlawful Practices

**Dear parties listed above,**

This letter serves as a formal Notice to Cure, demanding immediate corrective action and full financial redress regarding the material misrepresentations and regulatory violations present in the **"Retail Installment Sales Contract"(RISC) executed on November 25, 2024, for the vehicle identified as 2025 Hyundai Tucson, VIN: 3KMJCCDE2SE007171.**

It has now become indisputably clear that all referenced parties herein—including but not limited to servicers, depositors, indenture trustees, and financial institutions of the Hyundai Auto Receivables Trust—are complicit in this fraudulent and unlawful transaction. Despite clear notice of these violations, each party has continued to benefit from or enforce a financial agreement that is void ab initio due to fraud, misrepresentation, and regulatory breaches.

At this stage, all named parties now have a final opportunity to cure these violations immediately before further regulatory actions, legal proceedings, and financial penalties are escalated.

The unambiguous misclassification of this contract—purporting to be a Retail Installment Sales Contract (RSIC) while simultaneously invoking provisions applicable to a Consumer Credit Contract (CCC)—constitutes a clear case of fraudulent misrepresentation, deceptive trade

Your contract, as drafted, violates the governing laws under:

- **Truth in Lending Act (TILA), 15 U.S.C. § 1601 et seq.**
- **Federal Trade Commission (FTC) Holder Rule, 16 C.F.R. § 433.2**
- **Consumer Financial Protection Bureau (CFPB) Unfair, Deceptive, or Abusive Acts or Practices (UDAAP) guidelines**
- **State Installment Sales Laws & Uniform Commercial Code (UCC) § 9-101 et**
- **SEC Violations:**
  - SEC rules require full disclosure when bundling auto loans into securities.
  - Failing to disclose title issues, special endorsements, or any conditions that would invalidate the debt.
  - Regulation AB, Rule 10b-5, and the Trust Indenture Act, etc…

---

**The Contract is a Fraudulent, Hybrid RSIC-CCC Scheme**

**The Evidence is Overwhelming:**

1. False Classification of the Contract – The contract presents itself as an RSIC yet contains CCC language and practices, misleading consumers.
2. Title & Security Interest Fraud – The contract retains security interest post-payment without disclosure, violating UCC laws & consumer protection statutes.

Further strengthening this claim is the explicit contractual language stating:

> **"This secures payment of all you owe on this contract."**

This provision alone serves as incontrovertible proof that the contract's financial structure was intentionally misrepresented. Under a Retail Installment Sales Contract (RSIC), once the full contractual amount is paid, any security interest must be released immediately. However, the way this contract is structured, the security interest is not relinquished, thereby:

- **Falsely perpetuating an encumbrance on the asset post-payment.**
- **Allowing unlawful retention of interest despite full contractual fulfillment.**
- **Directly violating UCC § 9-203 & § 9-210, which prohibit holding a security interest beyond the completion of obligation.**

Additionally, no true bill has ever been delivered. In order to establish an actual debt, a true bill—detailing a lawful, itemized accounting of the obligation—must be provided. The absence of such a document renders any claim of debt unenforceable under **Federal Rules of Civil Procedure (FRCP) Rule 9(b) (Fraud or Mistake) and Rule 17(a) (Real Party in Interest).**

Furthermore, full satisfaction of all obligation was provided through a special (not blank)

200-Village Center Drive
Freehold. United States Minor, Outlying Islands.
Near. [07728-9998]

outstanding balance remains, demonstrating outright bad faith, deceptive accounting, and fraudulent conveyance of an already settled financial obligation.

As a direct result of your continued non-responsiveness, non-compliance, and demonstrable inability to be trusted, all Power of Attorney and Security Interest previously granted to you has been formally revoked by Revocation of Power of Attorney and Revocation of Security Interest notice **(RF823024188US.0021)** already in your possession. Any further attempts to claim authority over these matters will be considered unauthorized and unlawful.

By maintaining a security interest even after full contractual obligations have been satisfied, this contract is fraudulently constructed as a Consumer Credit Contract (CCC) under the guise of an RSIC, depriving the rightful owner of their property while encouraging and enabling unlawful repossession and securitization.

The contradictions within the contract explicitly prove an intent to deceive by misrepresenting the nature of the financial agreement, leading to wrongful encumbrance, unlawful retention of title, and identity fraud in connection with the misuse of Social Security information.

---

### DEMAND FOR FULL REMEDY & REDRESS

Accordingly, I demand the following corrective actions be executed immediately, without delay or further dispute:

1. **Provide full financial redress in the amount of $150,000, in addition to all applicable penalties under the Affidavit Notice of Liability Regarding Trespass Fee Schedule and Remedy(RF823024191US.0011), Pima County Recording (202250020048) already in your possession.**
2. **Issue and deliver an unencumbered Certificate of Title immediately.**
3. **Cease and desist all unauthorized use of Social Security information and provide a written assurance that such breaches will not occur again.**
4. **Immediately halt all harassing phone calls and provide written confirmation that all collection efforts have ceased.**
5. **Fully restore and satisfy any damages caused to the credit profile of the injured party.**

---

### Regulatory Escalation and Ongoing Investigations

Your continued failure to respond in good faith and provide equitable, proper, and private remedy has necessitated formal escalation to regulatory authorities. As of this notice, official complaints have already been filed with:

- **The Consumer Financial Protection Bureau (CFPB), Enforcement Division**

Given the severity of these violations—including fraudulent misrepresentation, unlawful retention of security interest, and unauthorized use of personal information—these agencies have been provided with:

- Documented proof, including the misclassified contract
- Supporting evidence of financial misconduct
- All prior correspondence demonstrating refusal to cure these violations

Additional regulatory complaints are currently in preparation and will be filed within the next week with:

- **The Office of the Comptroller of the Currency (OCC), regarding potential banking violations.**
- **The U.S. Department of Justice (DOJ), Financial Crimes Division, for fraudulent conveyance, deceptive trade practices, and identity fraud violations.**
- **The New Jersey Attorney General's Office, for enforcement of state consumer protection statutes and financial fraud investigations.**

At this stage, compliance is no longer negotiable. The evidence against you is substantial, irrefutable, and now actively under regulatory review.

---

### Final Acknowledgment & Compliance Deadline

Your contract, as drafted, makes this a clear-cut matter. Nothing less than total compliance and immediate remedy is expected. Kindly acknowledge receipt of this letter and confirm compliance no later than February 25, 2025 or 10 days from receipt of this notice.

Failure to do so will result in additional fines and penalties for continued trespass against this Estate as well as all services rendered in regards to this matter in its entirety.

**Silence is acquiescence and agreement.**

---

With full expectation of your immediate compliance,

By: _Baratta:, Rianna-Michele_

Baratta:, Rianna-Michele **:**
ForeverReignLET@gmail.com
646-369-7345(c)

200-Village Center Drive
Freehold. United States Minor, Outlying Islands.
Near. [07728-9998]

- **Consumer Financial Protection Bureau (CFPB), Enforcement Division**
- **Federal Trade Commission (FTC) Identity theft and Fraud**
- **Securities and Exchange Commission (SEC)**

## Notary Acknowledgement

New Jersey State in Monmouth County

The foregoing instrument was acknowledged before me this __10TH__ day of __FEB_____, 20__25__ and the above-named individual(s) having appeared via ❑ physical presence / ❑ online notarization have produced satisfactory identification proving to be the person(s) whose name(s) is/are signed within this instrument and acknowledged execution of the same in their authorized capacity with full presence of mind, understanding the nature and effect of the document upon its execution. I certify under penalty of perjury that the foregoing paragraph is true and correct.

_____
Notary Public

SHIRLEY TORRES
Notary Public, State of New Jersey
My Commission Expires Jun 9, 2027

Jun 09 2027

_____
My Commission Expires



Exhibit Q

March 6, 2025

*Proof of Delivery & Reciept*

Dear R BARATTA:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 2559 2708 49**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | February 12, 2025, 11:08 am |
| **Location:** | FREEHOLD, NJ 07728 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |

| Shipment Details | |
|---|---|
| **Weight:** | 2.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 4065 US HIGHWAY 9 |
| **City, State ZIP Code:** | FREEHOLD, NJ 07728-2534 |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

RIANNA MICHELE BARATTA
200-Village Center Drive.
Freehold. Nation New Jersey.
Near. [07728-9998].

**To:**
VP George Mackey
Freehold Hyundai
4065 US-9
Freehold, NJ 07728

CFO Seung Jo Lee
Hyundai Motor Finance
Po Box 20835
Fountain Valley, Ca 92728

CFO Mark Mason
Indenture Trustee Kerry Hehir
Citibank, N.A.
388 Greenwich Street
New York, NY 10013

Charley Yoon
Hyundai ABS Funding LLC
3161 Michelson Drive, Suite 1900
Irvine, CA 92612

CFO Kwan Mook Lim
Hyundai Capital America (HCA)
3161 Michelson Drive, Suite 1900
Irvine, CA 92612

## Affidavit Of Revocation Of Power Of Attorney

### I. Party

I,Rianna Michele Baratta, Affiant, located at 200 Village Center Drive, Freehold New Jersey, Near [07728-9998], being of sound mind and acting in good faith, hereby affirm under the laws of the United States of America that I have full knowledge of the facts and declare that the foregoing is true and correct to the best of my knowledge:

### II. Power Of Attorney

On November 25, 2024, I granted a Power of Attorney to FREEHOLD HYUNDAI or ANGELA

Pursuant to my rights under N.J.S.A. 46:2B-8.10, which allows for the revocation of a Power of Attorney, through a written instrument duly acknowledged, I hereby revoke, rescind, and terminate the Power of Attorney granted to Freehold Hyundai and its affiliates, effective immediately upon execution of this affidavit.

**Reminder:** On January 17, 2025, all Powers of Attorney previously granted by me were revoked, rescinded, canceled, and terminated under Document reference number RF823024188US.0021.

## IV. Reasons For Revocation

## Facts Without Controversy

## 1. Fraudulent Misclassification of Contract

1.1 The document in question is titled as a **Retail Installment Sales Contract (RISC)**; however, within the "NOTICE" section, it states:
*"ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER..."*

1.2 This unequivocally classifies the agreement as a **Consumer Credit Contract (CCC)** rather than an **RISC**, thereby creating a material contradiction that legally voids the contract.

1.3 A contract cannot exist in two opposing legal classifications simultaneously. If it is a CCC, then it is not an RISC, and RISC governing terms do not apply. If it is an RISC, then the CCC notice is fraudulent and unenforceable.

1.4 This contradiction constitutes fraud in the inducement, which voids the contract ab initio.

1.5 By operation of law, a contract containing two irreconcilable classifications is rendered legally unenforceable.

1.6 The undersigned beneficiary intended to enter into a Consumer Credit Contract (CCC) as defined under the Truth in Lending Act (TILA), with an instrument that was endorsed specifically, not blank. However, said agreement was misrepresented and improperly classified as a Retail Installment Sales Contract (RISC), thereby altering its legal character and the rights and obligations of the parties involved.

## 2. Breach of Consumer Protection Laws & Unauthorized Credit Inquiries

2.1 **Failure to Accept SS-89 Form** – Freehold Hyundai refused to accept an SS-89 form to accompany the credit application, exposing the applicant to identity theft and misuse of private information, demonstrating a lack of transparency and bad faith handling of financial documentation.

2.2 **Unauthorized Credit Inquiries** – Multiple unauthorized credit inquiries (Santander and Capital One) were conducted immediately thereafter without express written consent, violating 15 U.S.C. § 1681 et seq. (Fair Credit Reporting Act - FCRA). These unauthorized inquiries are documented in the Dealer Track Reports obtained at closing. These reports were excluded from Freehold Hyundai's email to the Affiant after a written FOIA request was made.

received, violating UCC Article 2, which mandates full and unencumbered delivery of goods at the time of sale.

3.2 Freehold Hyundai later confirmed receipt of full funding via special endorsement and released the key.

3.3 Failure to Process Title After Full Funding – Despite receiving full satisfaction, Freehold Hyundai did not process or deliver the Certificate of Title, thereby obstructing legal ownership rights.

## 4. Failure to Respond to Lawful Notices

4.1 Freehold Hyundai and its financial affiliates failed to respond to multiple lawful notices, including:

- **Breach Notice**
- **Notice of Priority Interest**
- **Revocation of Power of Attorney and Security Interest**
- **Opportunity to Cure Notice**

4.2 **Failure to Process Revocation of POA and Security Interest** – Freehold Hyundai and its affiliates ignored the formal Revocation of Power of Attorney and Security Interest, despite receiving lawful notice. This deliberate noncompliance renders any actions taken under the revoked Power of Attorney null and void.

4.3 **Failure to Cure Contract Breaches** – Freehold Hyundai and its affiliates failed to provide a cure or remedy in response to the Opportunity to Cure Notice. Failure to cure constitutes tacit admission of wrongdoing, leading to full discharge of liability against the injured party.

## 5. Failure to Correct or Report Proper Accounting

5.1 Freehold Hyundai, Hyundai Motor Finance, Citibank, N.A., Hyundai ABS Funding LLC, and Hyundai Capital America disregarded multiple written requests to correct or report proper accounting of account #20241104425270, connected to contract #0047034.

5.2 A valid and enforceable debt requires a "true bill"—an itemized statement of actual lawful consideration exchanged. No lawful true bill has been provided. If there is no valid debt, there is no lawful obligation to perform.

## 6. Failure to Return the Dishonored Instrument (UCC § 3-501(b)(2))

6.1 CITIBANK N.A., Indenture Trustee, failed on two separate occasions to return the dishonored bill of exchange, constituting a breach of commercial standards and preventing corrective action.

6.2 This failure results in a discharge of liability, as the dishonored instrument was not timely returned per UCC standards.

## 7. Valid Transfer of Obligation & Securitization

7.1 The transfer of obligation under contract #0047034 was executed in full compliance with the

formatting and full compliance with UCC requirements for negotiable instruments fulfilling any performance obligation. Both attempts were ignored.

7.4 If this contract has been securitized, then full satisfaction occurred at the point of sale to a third-party investor, rendering all future claims against the obligor fraudulent.

7.5 If securitization has occurred, then all parties to the contract are estopped (legally barred) from making further financial demands on the obligor.

7.6 Under UCC § 3-302, a holder in due course must acquire the instrument in good faith and without knowledge of defects. The contractual contradiction and securitization introduce material defects that prevent any holder from claiming good faith status.

## 8. Fraudulent Misclassification & Legal Unenforceability

8.1 The contract contains fraudulent misclassification and unlawful retention of security interest, rendering it legally unenforceable.

8.2 The contract is fraudulently misclassified as a RISC while functionally operating as a CCC, creating a contradiction that renders the agreement legally void.

8.3 Fraud vitiates all contracts. The presence of material misrepresentation within this contract structure renders it void ab initio, unenforceable from inception.

8.4 The contract, as drafted, fails to meet the legal requirements of either a RISC or a CCC, existing in a deceptive hybrid form that lacks enforceability under both state and federal law.

## 9. Commercial Liability & Enforcement

9.1 As per the **Affidavit and Remedy for Trespass and Fee Schedule** already in your possession (**RF8230241910S.0011**), all violations enumerated herein have triggered commercial liability, enforceable under contract and common law.

9.2 By failing to cure, failing to process legal notices, and retaining unauthorized financial claims, Freehold Hyundai and its affiliates have committed multiple commercial trespasses, triggering automatic financial penalties per the Fee Schedule on record, in addition to all ledgered services rendered regarding this matter in its entirety.

### V. Revocation Of Security Interest & Assignment To Private Trust

**Reminder:** On January 17, 2025, Document number RF823024188US.002 revoked, rescinded, canceled, and terminated any and all Security Interests granted to and claimed by the following affiliates of Freehold Hyundai under Contract #0047034, including all related agreements:

- **Freehold Hyundai** – 4065 US-9, Freehold, NJ 07728
- **Hyundai Capital America** – 3161 Michelson Drive, Suite 1900, Irvine, CA 92612
- **Hyundai ABS Funding LLC** – 3161 Michelson Drive, Suite 1900, Irvine, CA 92612
- **Citibank, N.A.** – 388 Greenwich Street, New York, NY 10013
- **Hyundai Motor Finance** – P.O. Box 20829, Fountain Valley, CA 92728

As evidenced in UCC Financing Statement 57580483, dated 01/31/25, the following property

- Retail Installment Sale Contract #0047034, 2025 white Hyundai Tuscon VIN KM8JBCDE2SU077716, License Plate A185VEZ.
- Account #20241104425270, Account #989867999
- POA (RF823024205US.0003), Notice of Priority Interest (RF823024228US.0018), Bill of Exchange (RF823024228US.0020), Revocation POA (RF823024188US.0021), Notice of Liability (RF823024228US.0022)

Additionally, UCC 1 and 3, file number 57594066 was filed and assigned to the New Jersey Office of Attorney General and New Jersey Department of Transportation on 02/07/2025.

## VI. Notice To All Parties

All individuals, financial institutions, and entities that have previously relied upon the revoked Power of Attorney and Security Interest are hereby notified and reminded that any further reliance upon such revoked authority is expressly unauthorized and unlawful.

## VII. Governing Law
## Unrebutted Affidavit as Established Fact in Commerce

If no rebuttal, objection, or contrary evidence is presented, point by point, in response to this Affidavit within 10 days of receipt, then all statements contained herein shall stand as undisputed facts in commerce. In such case, this Affidavit shall be deemed self-authenticating under Federal Rule of Evidence 902 and admissible as competent evidence under Federal Rule of Evidence 803(6) (Records of a Regularly Conducted Activity), enforceable in any judicial or administrative proceeding.

Furthermore, any party who willfully disregards this notice and fails to respond, rebut, or cure the assertions contained herein within the specified timeframe shall be deemed to have acquiesced to the facts as stated. Such failure shall constitute tacit agreement and may result in personal liability for any and all damages, losses, or expenses arising directly from such inaction.

## VIII. Signatures

**Further Affiant Sayeth Not.**

JOMANA SHALAN
Notary Public, State of New Jersey
My Commission Expires Jan 22, 2029

RIANNA MICHELE BARATTA

By: _____

Baratta, Rianna Michele
Beneficiary/Grantee/Heir

**JURAT**
**STATE OF NEW JERSEY**
**COUNTY OF MONMOUTH**

Subscribed and sworn to (or affirmed) before me on this 25 day of Febuary, 2025, by Rianna Michele Baratta, who is personally known to me or has provided satisfactory evidence of identification.

_____

Notary Public, State of New Jersey

Exhibit S7

| Rianna Michele Baratta | Case No.: |
|---|---|
| Plaintiff/Petitioner | |
| vs. | |
| **Freehold Hyundai** | AFFIDAVIT OF SERVICE OF |
| Defendant/Respondent | **NOTICE OF CLAIM AFFIDAVIT** |

Received by **Michael Ruggiero**, on the **21st day of April, 2025 at 8:22 AM** to be served upon **VP George Mackey, Freehold Hyundai** at **4065 US Highway 9, Freehold, Monmouth County, NJ 07728**.
On the **21st day of April, 2025 at 4:08 PM**, I, **Michael Ruggiero**, SERVED **VP George Mackey, Freehold Hyundai** at **4065 US Highway 9, Freehold, Monmouth County, NJ 07728** in the manner indicated below:

**SUBSTITUTE SERVICE**, by personally leaving **1** copy(ies) of the above-listed documents at his/her usual place of abode with **Ralph Martinez, general manager**, who is 15 years of age or older, a person residing therein of who confirmed the Defendant resides at the above address and informed that person of the contents thereof.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Ralph Martinez, general manager who identified themselves as the general manager to the vice president, george mackey with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 45-55 years of age, 5'10"-6'0" tall and weighing 180-200 lbs with glasses and a beard.**

Service Fee Total: **$105.00**

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Michael Ruggiero_    N/A    _APRIL 26, 2025_
Michael Ruggiero    Server ID #    Date

Notary Public: Subscribed and sworn before me on this ___ day of _APRIL_ in the year of 20___ at

Personally known to me _____ or _____ identified by the following document:

Number/Reference: _____
Type: _____
Notary Public for State of: _____
Commission Expiration: _____

_Myriam Ruggiero_
Notary Public (Legal Signature)

MYRIAM RUGGIERO
NOTARY PUBLIC OF NEW JERSEY
Commission # 50128257
My Commission Expires 5/29/2025

REF: **bz-33641**

Page 1 of 1
Tracking #: **0167229602**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Krysti Jean Artistry | 7327371456 | 7323571500 | Timothy Umbehau | 30s | Middletown | NJ | Un |
| Krysti Jean Artistry | 7325367280 | 7323571500 | Seluti Albino | 3min 12s | Englishtown | NJ | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 0s | Toll Free | | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 0s | Toll Free | | Un |
| Krysti Jean Artistry | 7326161358 | 7323571500 | Wireless Caller | 6s | Freehold | NJ | Un |
| . 7323571460 | 7326161358 | 7323571460 | Wireless Caller | 6s | Freehold | NJ | Un |
| Krysti Jean Artistry | 7329791689 | 7323571500 | Mclaughlin Regi | 54s | New Brunswick | NJ | Un |
| Krysti Jean Artistry | 7326161358 | 7323571500 | Wireless Caller | 12s | Freehold | NJ | Un |
| . 7323571460 | 7326161358 | 7323571460 | Wireless Caller | 12s | Freehold | NJ | Un |
| Krysti Jean Artistry | 5167804294 | 7323571500 | Tinamarie Malfa | 1min 18s | Garden City | NY | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 12s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 5163418391 | 7323571500 | Singh Terrance | 4min 18s | Nassau | NY | Un |
| Krysti Jean Artistry | 7326161358 | 7323571500 | Wireless Caller | 3min 36s | Freehold | NJ | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 0s | Toll Free | | Un |
| Krysti Jean Artistry | 7328870424 | 7323571500 | Gianna Spinelli | 0s | Metuchen | | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 9176204921 | 7323571500 | Kimberly Schime | 2min 0s | New York City | NY | Un |
| Krysti Jean Artistry | 7325334316 | 7323571500 | Wireless Caller | 24s | Middletown | NJ | Un |
| Krysti Jean Artistry | 9084612837 | 7323571500 | John Mccabe | 1min 6s | Middletown | NJ | Un |
| Krysti Jean Artistry | 9737476772 | 7323571500 | Topazio Andrew | 54s | Caldwell | NJ | Un |
| Krysti Jean Artistry | 9737476772 | 7323571500 | Topazio Andrew | 30s | Caldwell | NJ | Un |
| Krysti Jean Artistry | 9176204921 | 7323571500 | Kimberly Schime | 12s | New York City | NY | Un |
| Krysti Jean Artistry | 9176204921 | 7323571500 | Kimberly Schime | 30s | New York City | NY | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 5169934423 | 7323571500 | Wife Sandra | 30s | Garden City | NY | Un |
| Krysti Jean Artistry | 3477680347 | 7323571500 | Hoepel Norman | 3min 36s | New York City | NY | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 12s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 0s | Toll Free | | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 0s | Toll Free | | Un |
| Krysti Jean Artistry | 7325352292 | 7323571500 | Maria Imperiale | 54s | Rahway | NJ | Un |
| . 7323571460 | 7325352292 | 7323571460 | Maria Imperiale | 54s | Rahway | NJ | Un |
| Krysti Jean Artistry | 7325352292 | 7323571500 | Maria Imperiale | 1min 24s | Rahway | NJ | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 42s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 6096646457 | 7323571500 | Moshiko Shears | 42s | Cranbury | NJ | Un |
| Krysti Jean Artistry | 7326758959 | 7323571500 | Wireless Caller | 6s | Metuchen | NJ | Un |
| . 7323571460 | 7326758959 | 7323571460 | Wireless Caller | 6s | Metuchen | NJ | Un |
| Krysti Jean Artistry | 9086922112 | 7323571500 | Lisa Risitano | 0s | Freehold | NJ | Un |
| Krysti Jean Artistry | 9086922112 | 7323571500 | Lisa Risitano | 42s | Freehold | NJ | Un |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Finance | 0s | Toll Free | | Un |
| Krysti Jean Artistry | 7327423214 | 7323571500 | John Tunney | 0s | Perth Amboy | NJ | Un |
| Krysti Jean Artistry | 5169044423 | 7323571500 | Wife Sandra | 0s | Garden City | NY | Un |
| Krysti Jean Artistry | 5169044423 | 7323571500 | Wife Sandra | 0s | Garden City | NY | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 5169044423 | 7323571500 | Wife Sandra | 30s | Garden City | NY | Un |
| Krysti Jean Artistry | 7327423214 | 7323571500 | John Tunney | 42s | Metuchen | NJ | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Finance | 6s | Toll Free | | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Finance | 0s | Toll Free | | Un |
| Krysti Jean Artistry | 4795041598 | 7323571500 | '+14795041598 | 12s | Fort Smith | AR | Un |
| Krysti Jean Artistry | 9174393617 | 7323571500 | Bonnie Crea | 48s | New York City | NY | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 0s | Toll Free | | Un |
| Krysti Jean Artistry | 5028562626 | 7323571500 | Unavailable | 0s | Louisville | KY | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 18s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 0s | Toll Free | | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 12s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 7325135026 | 7323571500 | Laadco Inc | 18s | Freehold | NJ | Un |
| . 7323571460 | 7325135026 | 7323571460 | Laadco Inc | 18s | Freehold | NJ | Un |
| Krysti Jean Artistry | 9086012643 | 7323571500 | Wireless Caller | 1min 54s | Middletown | NJ | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 0s | Toll Free | | Un |
| Krysti Jean Artistry | 7327856322 | 7323571500 | Pt Plsnt Bch Nj | 36s | Point Pleasant | NJ | Un |
| . 7323571460 | 7327856322 | 7323571460 | Pt Plsnt Bch Nj | 36s | Point Pleasant | NJ | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 12s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 7327424298 | 7323571500 | Kaitlyn Marut | 1min 0s | Metuchen | NJ | Un |
| Krysti Jean Artistry | 9088007944 | 7323571500 | Somerville Nj | 42s | Somerville | NJ | Un |
| Krysti Jean Artistry | 7322167342 | 7323571500 | Wireless Caller | 3min 18s | Middletown | NJ | Un |
| Krysti Jean Artistry | 3104066729 | 7323571500 | Daniela Quint | 1min 18s | Redondo | CA | Un |
| Krysti Jean Artistry | 7322848005 | 7323571500 | Vengelis Jason | 2min 24s | Middletown | NJ | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 6s | Toll Free | | Un |
| Krysti Jean Artistry | 7329259946 | 7323571500 | Bruni Dirmeitis | 24s | Perth Amboy | NJ | Un |
| Krysti Jean Artistry | 7329775806 | 7323571500 | Colleen Vecchio | 5min 0s | Middletown | NJ | Un |
| Krysti Jean Artistry | 7322396652 | 7323571500 | Ellen Katcher | 36s | Freehold | NJ | Un |
| Krysti Jean Artistry | 7327424298 | 7323571500 | Kaitlyn Marut | 2min 12s | Metuchen | NJ | Un |
| Krysti Jean Artistry | 7324073951 | 7323571500 | Joseph Amabile | 30s | Perth Amboy | NJ | Un |
| Krysti Jean Artistry | 9177707577 | 7323571500 | Gerts | 2min 36s | New York City | NY | Un |
| Krysti Jean Artistry | 7323432440 | 7323571500 | Carol Lombardi | 0s | Metuchen | NJ | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 12s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 9089378544 | 7323571500 | Villafane Clare | 6min 30s | Linden | NJ | Un |
| Krysti Jean Artistry | 7328378284 | 7323571500 | Alejandro Israe | 42s | Holmdel | NJ | Un |

| Krysti Jean Artistry | 9089378544 | 7323571500 | Villafane Clare | 12s | Linden | NJ | Un |
| . 7323571460 | 9089378544 | 7323571460 | Villafane Clare | 12s | Linden | NJ | Un |
| Krysti Jean Artistry | 7327403484 | 7323571500 | Donna Mauser | 18s | Freehold | NJ | Un |
| . 7323571460 | 7327403484 | 7323571460 | Donna Mauser | 18s | Freehold | NJ | Un |
| Krysti Jean Artistry | 9089378544 | 7323571500 | Villafane Clare | 0s | Linden | NJ | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 9142178240 | 7323571500 | Melinda Alongi | 24s | White Plains | NY | Un |
| Krysti Jean Artistry | 7323433207 | 7323571500 | Maria Nanna | 1min 54s | Metuchen | NJ | Un |
| Krysti Jean Artistry | 9176204921 | 7323571500 | Schimenek Rober | 1min 0s | New York City | NY | Un |
| Krysti Jean Artistry | 3125308718 | 7323571500 | Chicago Il | 4min 30s | Chicago | IL | Un |
| Krysti Jean Artistry | 3125308746 | 7323571500 | Chicago Il | 0s | Chicago | IL | Un |
| Krysti Jean Artistry | 7325892357 | 7323571500 | Jennifer Klein | 1min 48s | Metuchen | NJ | Un |
| Krysti Jean Artistry | 9089378544 | 7323571500 | Villafane Clare | 24s | Linden | NJ | Un |
| Krysti Jean Artistry | 2015279548 | 7323571500 | Hackensack Nj | 2min 6s | Hackensack | NJ | Un |
| Krysti Jean Artistry | 7325128440 | 7323571500 | Wireless Caller | 30s | Metuchen | NJ | Un |
| Krysti Jean Artistry | 6282664086 | 7323571500 | Cortemadra Ca | 30s | San Rafael | CA | Un |
| Krysti Jean Artistry | 7325754660 | 7323571500 | Alyson Honrath | 3min 24s | Toms River | NJ | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 6s | Toll Free | | Un |
| Krysti Jean Artistry | 2233489497 | 7323571500 | 2233489497 | 0s | | | |
| Krysti Jean Artistry | 2233489497 | 7323571500 | 2233489497 | 0s | | | |
| Krysti Jean Artistry | 2013005648 | 7323571500 | Shah Sonal | 24s | Fair Lawn | NJ | Un |
| Krysti Jean Artistry | 9176204921 | 7323571500 | Schimenek Rober | 18s | New York City | NY | Un |
| Krysti Jean Artistry | 7325461256 | 7323571500 | Selliti Albino | 18s | Middletown | NJ | Un |
| Krysti Jean Artistry | 7325461256 | 7323571500 | Selliti Albino | 36s | Middletown | NJ | Un |
| Krysti Jean Artistry | 7323433207 | 7323571500 | Maria Nanna | 2min 12s | Metuchen | NJ | Un |
| Krysti Jean Artistry | 7324701883 | 7323571500 | Brizzolara Mark | 1min 48s | New Brunswick | NJ | Un |
| Krysti Jean Artistry | 7327572773 | 7323571500 | Hala Rezkalla | 18s | Middletown | NJ | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Finance | 0s | Toll Free | | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Finance | 0s | Toll Free | | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 12s | Bound Brook | NJ | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 12s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 7188735747 | 7323571500 | Anna Pastore | 30s | New York City | NY | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 7329775806 | 7323571500 | Colleen Vecchio | 3min 12s | Middletown | NJ | Un |
| Krysti Jean Artistry | 7324848638 | 7323571500 | Vicki Russo | 18s | New Brunswick | NJ | Un |
| Krysti Jean Artistry | 7323433237 | 7323571500 | Zeferina Galind | 1min 54s | Metuchen | NJ | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 0s | Toll Free | | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 7324276525 | 7323571500 | Catherine Obrie | 0s | New Brunswick | NJ | Un |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Krysti Jean Artistry | 7327422111 | 7323571500 | F Linusseini | 48s | Middletown | NJ | Un |
| Krysti Jean Artistry | 7327576808 | 7323571500 | Higgins Fred | 1min 42s | Middletown | NJ | Un |
| Krysti Jean Artistry | 7327994769 | 7323571500 | Jason Gorski | 2min 30s | New Brunswick | NJ | Un |
| Krysti Jean Artistry | 7329047586 | 7323571500 | Carl Villanueva | 1min 42s | Freehold | NJ | Un |
| Krysti Jean Artistry | 7322611668 | 7323571500 | R Kiecka | 4min 54s | Metuchen | NJ | Un |
| Krysti Jean Artistry | 9089024563 | 7323571500 | Sherleen Olson | 1min 12s | Middletown | NJ | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 7323148696 | 7323571500 | Tkachuk George | 54s | Rahway | NJ | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 5089528371 | 7323571500 | '+15089528371 | 12s | Norton | MA | Un |
| Krysti Jean Artistry | 5702166556 | 7323571500 | Neglia Lauren | 4min 48s | Mount Pocono | PA | Un |
| Krysti Jean Artistry | 7326161464 | 7323571500 | Bret Winters | 2min 48s | Freehold | NJ | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 5169934423 | 7323571500 | Wife Sandra | 0s | Garden City | NY | Un |
| Krysti Jean Artistry | 7326201955 | 7323571500 | Jeffrey Greco | 2min 54s | Freehold | NJ | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 12s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 8594601655 | 7323571500 | Lexington Ky | 12s | Lexington | KY | Un |
| Krysti Jean Artistry | 5169937113 | 7323571500 | Bonner Joseph | 1min 54s | Garden City | NY | Un |
| Krysti Jean Artistry | 9089773881 | 7323571500 | Wireless Caller | 1min 24s | Elizabeth | NJ | Un |
| Krysti Jean Artistry | 5169934423 | 7323571500 | Wife Sandra | 1min 0s | Garden City | NY | Un |
| Krysti Jean Artistry | 8627545364 | 7323571500 | Lemos Maxwell | 0s | Newark | NJ | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 7326758959 | 7323571500 | Wireless Caller | 1min 54s | Metuchen | NJ | Un |
| Krysti Jean Artistry | 9089773881 | 7323571500 | Wireless Caller | 9min 0s | Elizabeth | NJ | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 6892020812 | 7323571500 | Unknown | 36s | | | Un |
| . 7323571460 | 6892020812 | 7323571460 | Unknown | 36s | | | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 12s | Bound Brook | NJ | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 12s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 9733373955 | 7323571500 | Ashraf Ghebreia | 2min 24s | Bloomfield | NJ | Un |
| Krysti Jean Artistry | 7326160878 | 7323571500 | Wireless Caller | 2min 18s | Freehold | NJ | Un |
| Krysti Jean Artistry | 7324036608 | 7323571500 | Aileen Ryan | 1min 0s | Long Branch | NJ | Un |
| Krysti Jean Artistry | 7325895232 | 7323571500 | Michelle Mule | 1min 42s | Metuchen | NJ | Un |
| Krysti Jean Artistry | 7325397027 | 7323571500 | Catherine Obrie | 30s | Long Branch | NJ | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Un |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Krysti Jean Artistry | 7323153466 | 7323571500 | Wireless Caller | 0s | Freehold | NJ | Un |
| Krysti Jean Artistry | 9088390591 | 7323571500 | Briana Morello | 54s | Freehold | NJ | Un |
| . 7323571460 | 9088390591 | 7323571460 | Briana Morello | 54s | Freehold | NJ | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 8382898704 | 7323571500 | Schenctady Ny | 0s | | | |
| Krysti Jean Artistry | 9209634796 | 7323571500 | Unavailable | 0s | Green Bay | WI | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 9086018922 | 7323571500 | Libby Markowitz | 42s | Middletown | NJ | Un |
| . 7323571460 | 9086018922 | 7323571460 | Libby Markowitz | 42s | Middletown | NJ | Un |
| Krysti Jean Artistry | 8262141344 | 7323571500 | 18262141344 | 0s | | | |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 1min 30s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 7322981112 | 7323571500 | Joe Parrino | 2min 42s | Freehold | NJ | Un |
| Krysti Jean Artistry | 7327711176 | 7323571500 | 7327711176 Wir | 5min 36s | Perth Amboy | NJ | Un |
| Krysti Jean Artistry | 7322161204 | 7323571500 | Micheal Mercand | 1min 18s | Middletown | NJ | Un |
| Krysti Jean Artistry | 7322161204 | 7323571500 | Micheal Mercand | 1min 48s | Middletown | NJ | Un |
| Krysti Jean Artistry | 7322161204 | 7323571500 | Micheal Mercand | 1min 24s | Middletown | NJ | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 9297770150 | 7323571500 | Wireless Caller | 0s | New York City | NY | Un |
| Krysti Jean Artistry | 9082270997 | 7323571500 | Thomas Wallace | 3min 30s | New Brunswick | NJ | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 7327572267 | 7323571500 | Kristin Costant | 3min 36s | Middletown | NJ | Un |
| Krysti Jean Artistry | 8477969509 | 7323571500 | 18477969509 | 0s | Lake Zurich | IL | Un |
| Krysti Jean Artistry | 9592109952 | 7323571500 | Willimntic Ct | 12s | Hartford | CT | Un |
| Krysti Jean Artistry | 9086926005 | 7323571500 | Maureen Puricel | 1min 24s | Freehold | NJ | Un |
| Krysti Jean Artistry | 8488882098 | 7323571500 | Jose Martimho | 5min 12s | Long Branch | NJ | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 7323271449 | 7323571500 | Eatontown Nj | 36s | Eatontown | NJ | Un |
| . 7323571460 | 7323271449 | 7323571460 | Eatontown Nj | 36s | Eatontown | NJ | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 18s | Toll Free | | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 18s | Toll Free | | Un |
| Krysti Jean Artistry | 9207613572 | 7323571500 | Clyman Wi | 0s | Green Bay | WI | Un |
| Krysti Jean Artistry | 7322981112 | 7323571500 | Joe Parrino | 6s | Freehold | NJ | Un |
| . 7323571460 | 7322981112 | 7323571460 | Joe Parrino | 6s | Freehold | NJ | Un |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Krysti Jean Artistry | 9086160645 | 7323571500 | Ryszard Pikulin | 1min 12s | New Brunswick | NJ | Un |
| Krysti Jean Artistry | 7327856185 | 7323571500 | Joseph Notara | 30s | New York City | NY | Un |
| Krysti Jean Artistry | 7327785473 | 7323571500 | Kathryn Ostervi | 3min 12s | Middletown | NJ | Un |
| Krysti Jean Artistry | 7325135486 | 7323571500 | Wireless Caller | 54s | Freehold | NJ | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 7323576661 | 7323571500 | Wireless Caller | 0s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 7323576661 | 7323571500 | Wireless Caller | 0s | Bound Brook | NJ | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 12s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 7323576661 | 7323571500 | Wireless Caller | 2min 42s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 7327856185 | 7323571500 | Pt Plsnt Bch Nj | 36s | Point Pleasant | NJ | Un |
| Krysti Jean Artistry | 9086160645 | 7323571500 | Ryszard Pikulin | 48s | New Brunswick | NJ | Un |
| . 7323571460 | 7327856185 | 7323571460 | Pt Plsnt Bch Nj | 36s | Point Pleasant | NJ | Un |
| Krysti Jean Artistry | 7324391020 | 7323571500 | Okeefe John | 36s | Metuchen | NJ | Un |
| Krysti Jean Artistry | 7324391020 | 7323571500 | Okeefe John | 1min 12s | Metuchen | NJ | Un |
| Krysti Jean Artistry | 7329159935 | 7323571500 | Krutyansky Jenn | 1min 36s | Freehold | NJ | Un |
| Krysti Jean Artistry | 9308675536 | 7323571500 | 19308675536 | 0s | | | Un |
| Krysti Jean Artistry | 4456229986 | 7323571500 | Philadelphia Pa | 0s | | | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 6826513573 | 7323571500 | 16826513573 | 6s | Grapevine | TX | Un |
| Krysti Jean Artistry | 9862861254 | 7323571500 | '+19862861254 | 18s | | | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 7326881778 | 7323571500 | Brossa Jessica | 4min 6s | Freehold | NJ | Un |
| Krysti Jean Artistry | 7325985345 | 7323571500 | Wireless Caller | 54s | Freehold | NJ | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 7327406278 | 7323571500 | Allen Larock | 1min 12s | Freehold | NJ | Un |
| Krysti Jean Artistry | 5713296621 | 7323571500 | Wireless Caller | 54s | Washington | VA | Un |
| Krysti Jean Artistry | 7322072659 | 7323571500 | Wireless Caller | 1min 0s | New Brunswick | NJ | Un |
| Krysti Jean Artistry | 7327403533 | 7323571500 | David Grippi | 1min 42s | Freehold | NJ | Un |
| Krysti Jean Artistry | 7322619254 | 7323571500 | Zeferina Galind | 30s | Metuchen | NJ | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Finance | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Finance | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 7324235071 | 7323571500 | Garas Trans Llc | 18s | Woodbridge | NJ | Un |
| . 7323571460 | 7324235071 | 7323571460 | Garas Trans Llc | 18s | Woodbridge | NJ | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Finance | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Finance | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 7326876723 | 7323571500 | Andretta Taylor | 48s | Middletown | NJ | Un |
| . 7323571460 | 7326876723 | 7323571460 | Andretta Taylor | 48s | Middletown | NJ | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Un |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Krysti Jean Artistry | 7323571460 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 7325221948 | 7323571500 | Wireless Caller | 1min 24s | New Brunswick | NJ | Un |
| Krysti Jean Artistry | 9209634556 | 7323571500 | 19209634556 | 12s | Green Bay | WI | Un |
| Krysti Jean Artistry | 7322848005 | 7323571500 | Vengelis Jason | 2min 24s | Middletown | NJ | Un |
| Krysti Jean Artistry | 9082270997 | 7323571500 | Thomas Wallace | 30s | New Brunswick | NJ | Un |
| Krysti Jean Artistry | 7325221948 | 7323571500 | Wireless Caller | 42s | New Brunswick | NJ | Un |
| Krysti Jean Artistry | 7326161358 | 7323571500 | Wireless Caller | 2min 12s | Freehold | NJ | Un |
| Krysti Jean Artistry | 7324840358 | 7323571500 | Jessica Gustafs | 24s | New Brunswick | NJ | Un |
| Krysti Jean Artistry | 7329479813 | 7323571500 | Youna Halim | 1min 42s | Metuchen | NJ | Un |
| Krysti Jean Artistry | 7325893378 | 7323571500 | Nieto Yvone | 24s | Metuchen | NJ | Un |
| Krysti Jean Artistry | 7325397027 | 7323571500 | Catherine Obrie | 42s | Long Branch | NJ | Un |
| Krysti Jean Artistry | 3474531595 | 7323571500 | Jen Kowalski | 5min 18s | New York City | NY | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 9208041235 | 7323571500 | 19208041235 | 0s | Green Bay | WI | Un |
| Krysti Jean Artistry | 7326721565 | 7323571500 | Martha Feldman | 30s | New Brunswick | NJ | Un |
| Krysti Jean Artistry | 7329776727 | 7323571500 | Middletown Nj | 0s | Middletown | NJ | Un |
| . 7323571460 | 7326721565 | 7323571460 | Martha Feldman | 30s | New Brunswick | NJ | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 1min 18s | Bound Brook | NJ | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 1min 18s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 7327856305 | 7323571500 | Simple.biz | 12s | Point Pleasant | NJ | Un |
| Krysti Jean Artistry | 8482349608 | 7323571500 | Daniel Saenz | 18s | Freehold | NJ | Un |
| Krysti Jean Artistry | 7326721565 | 7323571500 | Martha Feldman | 5min 12s | New Brunswick | NJ | Un |
| Krysti Jean Artistry | 9087438134 | 7323571500 | '+19087438134 | 42s | Summit | NJ | Un |
| Krysti Jean Artistry | 9083779780 | 7323571500 | Crystal Samsel | 1min 24s | Cranford | NJ | Un |
| Krysti Jean Artistry | 7326721565 | 7323571500 | Martha Feldman | 48s | New Brunswick | NJ | Un |
| Krysti Jean Artistry | 7866303170 | 7323571500 | Daniel Carrasco | 2min 12s | Miami | FL | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Finance | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Finance | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 9083094690 | 7323571500 | Wireless Caller | 24s | Long Branch | NJ | Un |
| Krysti Jean Artistry | 9083772472 | 7323571500 | Isabel Fernande | 2min 0s | Cranford | NJ | Un |
| Krysti Jean Artistry | 9082279305 | 7323571500 | Wireless Caller | 1min 0s | New Brunswick | NJ | Un |
| Krysti Jean Artistry | 3477680347 | 7323571500 | Hoepel Norman | 1min 30s | New York City | NY | Un |
| Krysti Jean Artistry | 9175091183 | 7323571500 | Valerie Crimeni | 1min 18s | New York City | NY | Un |
| Krysti Jean Artistry | 9175091183 | 7323571500 | Valerie Crimeni | 0s | New York City | NY | Un |
| Krysti Jean Artistry | 7327371456 | 7323571500 | Timothy Umbehau | 1min 42s | Middletown | NJ | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Un |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Krysti Jean Artistry | 7323571460 | 7323571460 | Catherine Ubald | 12s | Long Branch | NJ | Un |
| Krysti Jean Artistry | 8352343533 | 7323571500 | Allentown Pa | 0s | | | |
| Krysti Jean Artistry | 7326878258 | 7323571500 | Joanne Zaffares | 0s | Middletown | NJ | Un |
| Krysti Jean Artistry | 7326878258 | 7323571500 | Joanne Zaffares | 0s | Middletown | NJ | Un |
| Krysti Jean Artistry | 5163307339 | 7323571500 | Wireless Caller | 0s | Garden City | NY | Un |
| Krysti Jean Artistry | 7329775806 | 7323571500 | Colleen Vecchio | 42s | Middletown | NJ | Un |
| . 7323571460 | 7329775806 | 7323571460 | Colleen Vecchio | 42s | Middletown | NJ | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 7322161204 | 7323571500 | Micheal Mercand | 36s | Middletown | NJ | Un |
| . 7323571460 | 7322161204 | 7323571460 | Micheal Mercand | 36s | Middletown | NJ | Un |
| Krysti Jean Artistry | 7326878258 | 7323571500 | Joanne Zaffares | 0s | Middletown | NJ | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Finance | 12s | Toll Free | | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Finance | 12s | Toll Free | | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 1min 36s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 8599092847 | 7323571500 | 18599092847 | 12s | Alexandria | KY | Un |
| Krysti Jean Artistry | 7326878893 | 7323571500 | Wireless Caller | 30s | Middletown | NJ | Un |
| . 7323571460 | 7326878893 | 7323571460 | Wireless Caller | 30s | Middletown | NJ | Un |
| Krysti Jean Artistry | 7186141099 | 7323571500 | Wireless Caller | 1min 54s | New York City | NY | Un |
| Krysti Jean Artistry | 7186141099 | 7323571500 | Wireless Caller | 18s | New York City | NY | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 42s | Bound Brook | NJ | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 36s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 5823000738 | 7323571500 | Houtzdale Pa | 0s | | | |
| Krysti Jean Artistry | 3193474997 | 7323571500 | Aplington Ia | 0s | Aplington | IA | Un |
| Krysti Jean Artistry | 7078442423 | 7323571500 | Blue Lake Ca | 6s | Blue Lake | CA | Un |
| Krysti Jean Artistry | 9475005344 | 7323571500 | Pontiac Mi | 0s | Ortonville | MI | Un |
| Krysti Jean Artistry | 9206499484 | 7323571500 | Oneida Wi | 0s | Oneida | WI | Un |
| Krysti Jean Artistry | 9299333564 | 7323571500 | New York Ny | 0s | Bronx | NY | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Finance | 6s | Toll Free | | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Finance | 6s | Toll Free | | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Finance | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Finance | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 7327406278 | 7323571500 | Allen Larock | 2min 42s | Freehold | NJ | Un |
| Krysti Jean Artistry | 8594602582 | 7323571500 | 18594602582 | 12s | Lexington | KY | Un |
| Krysti Jean Artistry | 6462568753 | 7323571500 | Anderson Gergin | 1min 24s | New York City | NY | Un |
| Krysti Jean Artistry | 7327375956 | 7323571500 | Singh Rajiv | 24s | Middletown | NJ | Un |
| Krysti Jean Artistry | 5617971887 | 7323571500 | David Leibsohn | 30s | Lake Worth | FL | Un |
| Krysti Jean Artistry | 3477853125 | 7323571500 | Paradiso Marc | 2min 18s | New York City | NY | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Un |

| Krysti Jean Artistry | 7324037102 | 7323571500 | Robin Lapkin | 0s | Long Branch | NJ | Un... |
| Krysti Jean Artistry | 7324037856 | 7323571500 | Robin Lapkin | 6min... | South River | NJ | |
| Krysti Jean Artistry | 7324037102 | 7323571500 | Robin Lapkin | 0s | Long Branch | NJ | Un... |
| Krysti Jean Artistry | 7324037102 | 7323571500 | Robin Lapkin | 24s | Long Branch | NJ | Un... |
| Krysti Jean Artistry | 7327856451 | 7323571500 | Pt Plsnt Bch Nj | 12s | Point Pleasant | NJ | Un... |
| Krysti Jean Artistry | 8482329547 | 7323571500 | Carpenter Susan | 3min 42s | Point Pleasant | NJ | Un... |
| Krysti Jean Artistry | 9083779780 | 7323571500 | Crystal Samsel | 30s | Cranford | NJ | Un... |
| Krysti Jean Artistry | 2138967866 | 7323571500 | '+12138967866 | 0s | Los Angeles | CA | Un... |
| Krysti Jean Artistry | 4245329751 | 7323571500 | 14245329751 | 18s | Culver City | CA | Un... |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Un... |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Un... |
| Krysti Jean Artistry | 7325461256 | 7323571500 | Selliti Albino | 0s | Middletown | NJ | Un... |
| Krysti Jean Artistry | 7327994769 | 7323571500 | Jason Gorski | 42s | New Brunswick | NJ | Un... |
| Krysti Jean Artistry | 7325139902 | 7323571500 | Orlando Reyes | 1min 6s | Freehold | NJ | Un... |
| Krysti Jean Artistry | 9089308829 | 7323571500 | Linda Powell | 1min 0s | Metuchen | NJ | Un... |
| Krysti Jean Artistry | 7325471648 | 7323571500 | Lori Ellis | 24s | Freehold | NJ | Un... |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 12s | Bound Brook | NJ | Un... |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Un... |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Un... |
| Krysti Jean Artistry | 7327711176 | 7323571500 | 7327711176 Wir | 7min 24s | Perth Amboy | NJ | Un... |
| Krysti Jean Artistry | 7322337678 | 7323571500 | Blake Calabro | 3min 36s | Long Branch | NJ | Un... |
| Krysti Jean Artistry | 8483035745 | 7323571500 | J Smith | 5min 6s | Long Branch | NJ | Un... |
| Krysti Jean Artistry | 7188096961 | 7323571500 | Stacey Losurdo | 30s | New York City | NY | Un... |
| Krysti Jean Artistry | 7326878258 | 7323571500 | Joanne Zaffares | 30s | Middletown | NJ | Un... |
| Krysti Jean Artistry | 7325471221 | 7323571500 | Melissa Gelber | 18s | Freehold | NJ | Un... |
| Krysti Jean Artistry | 7324076782 | 7323571500 | Galloway Taylor | 36s | Perth Amboy | NJ | Un... |
| Krysti Jean Artistry | 9209634306 | 7323571500 | 19209634306 | 12s | Green Bay | WI | Un... |
| Krysti Jean Artistry | 3479687486 | 7323571500 | Joseph Nocera | 1min 6s | New York City | NY | Un... |
| Krysti Jean Artistry | 7322072659 | 7323571500 | Wireless Caller | 0s | New Brunswick | NJ | Un... |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Un... |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Un... |
| Krysti Jean Artistry | 7327856424 | 7323571500 | Pt Plsnt Bch Nj | 30s | Point Pleasant | NJ | Un... |
| Krysti Jean Artistry | 6088827462 | 7323571500 | Evansville Wi | 0s | Evansville | WI | Un... |
| Krysti Jean Artistry | 9302399159 | 7323571500 | Sellersbg In | 0s | | | Un... |
| Krysti Jean Artistry | 5803098956 | 7323571500 | '+15803098956 | 0s | Clinton | OK | Un... |
| Krysti Jean Artistry | 4793363372 | 7323571500 | 14793363372 | 0s | London | AR | Un... |
| Krysti Jean Artistry | 7577721648 | 7323571500 | 17577721648 | 0s | Newport News | VA | Un... |
| Krysti Jean Artistry | 5158335347 | 7323571500 | Redfield Ia | 12s | Redfield | IA | Un... |
| Krysti Jean Artistry | 9739438277 | 7323571500 | Melissa Barroqu | 1min 36s | Newark | NJ | Un... |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Un... |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Finance | 12s | Toll Free | | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 9089308831 | 7323571500 | Linda Powell | 1min 54s | Metuchen | NJ | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 7327572408 | 7323571500 | Susan Florio | 1min 24s | Middletown | NJ | Un |
| Krysti Jean Artistry | 7327785473 | 7323571500 | Kathryn Ostervi | 36s | Middletown | NJ | Un |
| Krysti Jean Artistry | 7329107412 | 7323571500 | Yoland Evgeniou | 1min 42s | Metuchen | NJ | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 3476208174 | 7323571500 | Woods Maggie | 2min 36s | New York City | NY | Un |
| Krysti Jean Artistry | 7327994769 | 7323571500 | Jason Gorski | 1min 24s | New Brunswick | NJ | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 8459091894 | 7323571500 | 18459091894 | 0s | Poughkeepsie | NY | Un |
| Krysti Jean Artistry | 6154674549 | 7323571500 | Nashville Tn | 0s | Nashville | TN | Un |
| Krysti Jean Artistry | 5513772401 | 7323571500 | Merchant Svcs | 12s | Jersey City | NJ | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 7329959821 | 7323571500 | Jamie Harris | 24s | Freehold | NJ | Un |
| Krysti Jean Artistry | 7329479813 | 7323571500 | Youna Halim | 24s | Metuchen | NJ | Un |
| Krysti Jean Artistry | 7326620521 | 7323571500 | Jennifer Bisani | 5min 18s | Metuchen | NJ | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 7183545584 | 7323571500 | Timothy Mercald | 36s | New York City | NY | Un |
| Krysti Jean Artistry | 4152440730 | 7323571500 | Saad Maile | 1min 54s | San Francisco | CA | Un |
| Krysti Jean Artistry | 4152440730 | 7323571500 | Saad Maile | 2min 54s | San Francisco | CA | Un |
| Krysti Jean Artistry | 3025841880 | 7323571500 | Sarah | 0s | Wilmington | DE | Un |
| Krysti Jean Artistry | 2243371336 | 7323571500 | Fox Lake Il | 0s | Fox Lake | IL | Un |
| Krysti Jean Artistry | 2195258139 | 7323571500 | Merrillville In | 0s | Merrillville | IN | Un |
| Krysti Jean Artistry | 4422616177 | 7323571500 | Shoshone Ca | 0s | Shoshone | CA | Un |
| Krysti Jean Artistry | 4582078883 | 7323571500 | Call Delivery | 0s | Veneta | OR | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Un |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Un |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Un |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Un |
| Krysti Jean Artistry | 7325467102 | 7323571500 | Wireless Caller | 36s | Middletown | NJ | Un |
| Krysti Jean Artistry | 8262141023 | 7323571500 | 18262141023 | 12s | | | Un |
| Krysti Jean Artistry | 5186130552 | 7323571500 | Mayfield Ny | 0s | Mayfield | NY | Un |
| Krysti Jean Artistry | 4693782353 | 7323571500 | 14693782353 | 12s | Princeton | TX | Un |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Krysti Jean Artistry | 8362898223 | 7323571500 | Hillsborough | 0s | | OH | Ur |
| Krysti Jean Artistry | 8352134893 | 7323571500 | '+18352134893 | 48s | | | Ur |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 30s | Toll Free | | Ur |
| Krysti Jean Artistry | 9735489981 | 7323571500 | Unknown | 12s | Livingston | NJ | Ur |
| Krysti Jean Artistry | 2019061264 | 7323571500 | Nicole Ferrigno | 36s | Hackensack | NJ | Ur |
| Krysti Jean Artistry | 3474819296 | 7323571500 | Sabas Bautista | 24s | New York City | NY | Ur |
| Krysti Jean Artistry | 7322366064 | 7323571500 | Judith Convery | 1min 30s | New Brunswick | NJ | Ur |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Finance | 12s | Toll Free | | Ur |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Finance | 12s | Toll Free | | Ur |
| Krysti Jean Artistry | 7327047875 | 7323571500 | Touchtone Commu | 0s | Red Bank | NJ | Ur |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 18s | Bound Brook | NJ | Ur |
| Krysti Jean Artistry | 7328870424 | 7323571500 | Gianna Spinelli | 36s | Metuchen | NJ | Ur |
| . 7323571460 | 7328870424 | 7323571460 | Gianna Spinelli | 36s | Metuchen | NJ | Ur |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 54s | Bound Brook | NJ | Ur |
| Krysti Jean Artistry | 7329775806 | 7323571500 | Colleen Vecchio | 2min 18s | Middletown | NJ | Ur |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Ur |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Ur |
| Krysti Jean Artistry | 9089071286 | 7323571500 | Paul Drezek | 54s | Freehold | NJ | Ur |
| Krysti Jean Artistry | 7329635336 | 7323571500 | Largo Isabella | 1min 24s | Long Branch | NJ | Ur |
| Krysti Jean Artistry | 7324217486 | 7323571500 | Parikh Krupa | 42s | New Brunswick | NJ | Ur |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Ur |
| Krysti Jean Artistry | 7187020561 | 7323571500 | Kevin Geoghegan | 42s | New York City | NY | Ur |
| Krysti Jean Artistry | 7326870114 | 7323571500 | Andretta Taylor | 48s | Middletown | NJ | Ur |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Capital America | 12s | Toll Free | | Ur |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Capital America | 12s | Toll Free | | Ur |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Ur |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 6s | Bound Brook | NJ | Ur |
| Krysti Jean Artistry | 7323205886 | 7323571500 | Sarah Raymond | 1min 6s | Middletown | NJ | Ur |
| Krysti Jean Artistry | 2019518898 | 7323571500 | Vilela Dennisse | 1min 30s | Hackensack | NJ | Ur |
| Krysti Jean Artistry | 7327856478 | 7323571500 | Simple.biz | 18s | Point Pleasant | NJ | Ur |
| Krysti Jean Artistry | 3312489647 | 7323571500 | Geneva Il | 6s | Geneva | IL | Ur |
| . 7323571460 | 8444172180 | 7323571460 | Hyundai Finance | 12s | Toll Free | | Ur |
| Krysti Jean Artistry | 8444172180 | 7323571500 | Hyundai Finance | 12s | Toll Free | | Ur |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 12s | Bound Brook | NJ | Ur |
| . 7323571460 | 7323571500 | 7323571460 | Krysti Jean Artistry | 12s | Bound Brook | NJ | Ur |
| Krysti Jean Artistry | 7325471648 | 7323571500 | Lori Ellis | 1min 24s | Freehold | NJ | Ur |
| Krysti Jean Artistry | 7322981112 | 7323571500 | Joe Parrino | 2min 54s | Freehold | NJ | Ur |
| Krysti Jean Artistry | 7323833394 | 7323571500 | S Carlstrom | 30s | Red Bank | NJ | Ur |
| . 7323571460 | 7323833394 | 7323571460 | S Carlstrom | 30s | Red Bank | NJ | Ur |