RIANNA MICHELE BARATTA RVOC LIVING TR.
200 Village Center Drive.
Freehold. Nation New Jersey.
Near.[07728-9998].
732-860-1386(o)
347-681-0255(c)

July 15, 2025

The Honorable Michael A. Shipp, USDJ
United States District Court of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608
&
The Honorable J. Brendan Day, USMJ
United States District Court of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: Rianna Michele Baratta v. Freehold Automotive Limited INC., et al. Case No.: 3:25-cv-02712-MAS-JBD**

Dear Judge Shipp and Judge Day:

Pursuant to the Court's order granting leave to amend the complaint, I respectfully submit this new, double-spaced, and now operative amended complaint, formatted in accordance with the Court's requirements.

Due to file size restrictions in the ADS system, only this clean version is being uploaded to the docket. For clarity and transparency, I will be mailing defense counsel, Mr. Eric Polishook, three versions of the complaint:

- Redlined Version (Original Second Amended Complaint): displays all redlined omissions.

- Underlined Version (New/Most Recent and Now Operative Amended Complaint): highlights all underlined additions.

- Clean Version (New/Most Recent and Now Operative Amended Complaint): the non-highlighted, double-spaced operative pleading, as filed.

I am grateful for the Court's attention and the opportunity to clarify and update the pleadings as directed.

Respectfully submitted,

*Rianna Michele Baratta*

Rianna Michele Baratta

Plaintiff

cc: Eric Polishook Special Counsel for Kennedys, via-ADS System and certified mail, return receipt requested.