RIANNA MICHELE BARATTA RVOC LIVING TR.
200 Village Center Drive. #6244.
Freehold. Nation New Jersey.
Near.[07728-9998]

**Via ADS**

**Hon. Michael A. Shipp, U.S.D.J.**
United States District Court
District of New Jersey
402 E State Street
Trenton, NJ 08608

**Re: Baratta v. Freehold Automotive Limited Inc., et al.**
Case No. 3:25-cv-02712-MAS-JBD

Dear Judge Shipp:

I write in response to defense counsel's letter dated 9/2/2025, requesting that the Court reject Plaintiff's opposition brief for alleged non-compliance with Local Rule 7.2(b).

Plaintiff respectfully submits that the opposition was filed in good faith and with the intent to provide the Court with a complete record in this fact-intensive, multi-count matter. Plaintiff acknowledges that the brief exceeds the 40-page limit for the main argument section under Local Rule 7.2(b), and was unaware of this specific restriction until receipt of defense counsel's letter. The excess length is not due to tables, authorities, or exhibits, but rather reflects the desire to address Defendants' specific arguments thoroughly.

Plaintiff does not oppose a reasonable extension for Defendants to file their reply and stands ready to promptly refile a condensed, compliant brief if the Court so directs. Plaintiff respectfully requests that the Court exercise its discretion to either accept the current brief as filed, or permit Plaintiff to refile a compliant version within a set deadline, as is routinely allowed in this District.

Plaintiff appreciates the Court's consideration and is prepared to comply with any directive regarding the briefing schedule or page limits.

Respectfully submitted,

*Rianna Michele Baratta*

Rianna Michele Baratta
Plaintiff
